Brendan J. O'Rourke*
*borourke@proskauer.com*
Kristin H. Neuman*
*kneuman@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
* Applying *pro hac vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendant and Counterclaim-Plaintiff
**Radiancy, Inc.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,

Plaintiff,

vs.

RADIANCY, INC.,

Defendant.

RADIANCY, INC.,

Counterclaim-Plaintiff,

vs.

TRIA BEAUTY, INC.,

Counterclaim-Defendant.

Case No. CV-10-5030 RS

**RADIANCY, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Honorable Richard Seeborg

Action Filed: November 5, 2010

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant-counterclaim plaintiff Radiancy, Inc. ("Radiancy") discloses as follows: Radiancy is organized and exists under the laws of Delaware. No person or entity other than the named party has a financial or non-financial interest in this proceeding, and no publicly-traded corporation owns more than 10% of the stock of Radiancy.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L. R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED: December 28, 2010

Brendan J. O'Rourke
Kristin H. Neuman
Robert H. Horn
Victoria L. Loughery
PROSKAUER ROSE LLP

By: /s/ Robert H. Horn.
Robert H. Horn

Attorneys for Defendant and Counterclaim-Plaintiff, Radiancy, Inc.

**PROOF OF SERVICE**

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On December 28, 2010, I served the foregoing document described as:

RADIANCY, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

Peter M. Brody, Esq.
Ropes & Gray LLP
700 12th Street, NW
Suite 900
Washington, DC 20005-3948

☒ By U.S. Mail: I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☐ If By Personal Service:
☐ By personally delivering such envelope to the addressee.
☐ By causing such envelope to be delivered by messenger to the office of the addressee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 28, 2010, at Los Angeles, California.

S. MICHIKO KONDO
Type or Print Name

[signature]
Signature