Clerk's Use Only
Initial for fee pd.:

Brendan J. O'Rourke
Proskauer Rose LLP
New York, NY 10036-8299
Tel: (212) 969-3000

FILED
10 DEC 28 P 1: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

Plaintiff(s),

v.

RADIANCY, INC.

Defendant(s). /

CASE NO. CV-10-5030 PSG

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Brendan J. O'Rourke, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Radiancy, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Robert H. Horn, Proskauer Rose LLP, 2049 Century Park East, 32nd Floor, Los Angeles, CA 90067-3206, (310) 557-2900.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/10/10

Brendan J. O'Rourke

ORIGINAL

# PROOF OF SERVICE

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On December 27, 2010, I served the foregoing document described as:

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

Peter M. Brody, Esq.  
Ropes & Gray LLP  
700 12th Street, NW  
Suite 900  
Washington, DC 20005-3948

Joshua Voight Vanhoven, Esq.  
Ropes & Gray LLP  
1900 University Avenue  
Sixth Floor  
East Palo Alto, California 94303-3948

☒ By U.S. Mail: I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☐ If By Personal Service:
☐ By personally delivering such envelope to the addressee.
☐ By causing such envelope to be delivered by messenger to the office of the addressee.

☐ If By Next-Day Delivery Service: By causing such envelope to be delivered to the office of the addressee via FedEx® or by other similar overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 27, 2010, at Los Angeles, California.

S. MICHIKO KONDO  
Type or Print Name

Signature