RECEIVED

2010 DEC 28 P 1: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

    Plaintiff,

v.

RADIANCY INC.

    Defendant.

CASE NO. CV-10-5030

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Kristin H. Neuman, whose business address and telephone number is Proskauer Rose LLP, 1585 Broadway, New York, NY 10036-8299; Tel.: (212) 969-3000

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Radiancy, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge

ORIGINAL

# PROOF OF SERVICE

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On December 27, 2010, I served the foregoing document described as:

[Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

| Peter M. Brody, Esq. | Joshua Voight Vanhoven, Esq. |
| Ropes & Gray LLP | Ropes & Gray LLP |
| 700 12th Street, NW | 1900 University Avenue |
| Suite 900 | Sixth Floor |
| Washington, DC 20005-3948 | East Palo Alto, California 94303-3948 |

☒ By U.S. Mail: I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☐ If By Personal Service:
    ☐ By personally delivering such envelope to the addressee.
    ☐ By causing such envelope to be delivered by messenger to the office of the addressee.

☐ If By Next-Day Delivery Service: By causing such envelope to be delivered to the office of the addressee via FedEx® or by other similar overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 27, 2010, at Los Angeles, California.

S. MICHIKO KONDO