RECEIVED
2010 DEC 28 P 1:45
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA-SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

    Plaintiff,

v.

RADIANCY INC.

    Defendant.

CASE NO. CV-10-5030

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Brendan J. O'Rourke, whose business address and telephone number is Proskauer Rose LLP, 1585 Broadway, New York, NY 10036-8299; Tel: (212) 969-3000

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Radiancy Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/29/10

                                  United States District Judge

