RECEIVED
2010 DEC 28 P 1:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

        Plaintiff,

v.

RADIANCY INC.

        Defendant.

CASE NO. CV-10-5030

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Victoria L. Loughery, whose business address and telephone number is Proskauer Rose LLP, 1585 Broadway, New York, NY 10036-8299; Tel: (212) 969-3000

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Radiancy Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/29/10

                                              United States District Judge

