1  Brendan J. O'Rourke (admitted pro hac vice)
*borourke@proskauer.com*
2  Kristin H. Neuman (admitted pro hac vice)
*kneuman@proskauer.com*
3  Victoria L. Loughery (admitted pro hac vice)
*vloughery@proskauer.com*
4  PROSKAUER ROSE LLP
1585 Broadway
5  New York, New York 10036-8299
Telephone:    (212) 969-3000
6  Facsimile:    (212) 969-2900

7  Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
8  PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
9  Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
10  Facsimile:    (310) 557-2193

11  Attorneys for Defendant and Counterclaim-Plaintiff
Radiancy, Inc.
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  TRIA BEAUTY, INC., | Case No. CV-10-5030 RS |
| 18                              Plaintiff, | **NOTICE OF CHANGE OF** |
| 19       vs. | **ATTORNEY INFORMATION** |
| 20  RADIANCY, INC., | Honorable Richard Seeborg |
| 21                              Defendant. | Action Filed: November 5, 2010 |
| 22 | |
| 23  AND RELATED COUNTERCLAIMS. | |

24

25

26

27

28

---

Radiancy, Inc..: Notice of Change of Attorney Information – Case No. CV-10-5030 RS

1    TO THE CLERK OF THE COURT, PLAINTIFF AND COUNTERCLAIM-

2  DEFENDANT TRIA BEAUTY, INC., AND ITS ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that effective January 14, 2011, the new address

4  for Brendan J. O'Rourke, Kristin H. Neuman, and Victoria L. Loughery, New York

5  counsel for defendant and counterclaim-plaintiff Radiancy, Inc., will be:  Proskauer

6  Rose LLP, Eleven Times Square, New York, NY 10036.  All other contact

7  information will remain the same.

8

9  DATED: January 12, 2011          Brendan J. O'Rourke
                                     Kristin H. Neuman
10                                   Victoria L. Loughery
                                     Robert H. Horn
11                                   PROSKAUER ROSE LLP

12

13                               By: _____/s/ Robert H. Horn._____
                                          Robert H. Horn
14
                                 Attorneys for Defendant and Counterclaim-
15                               Plaintiff, Radiancy, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Radiancy, Inc..: Notice of Change of Attorney Information – Case No. CV-10-5030 RS

**PROOF OF SERVICE**

I declare that:  I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On January 12, 2011, I served the foregoing document described as:

NOTICE OF CHANGE OF ATTORNEY INFORMATION

☒   by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

Peter M. Brody, Esq.
Ropes & Gray LLP
700 12th Street, NW
Suite 900
Washington, DC  20005-3948

☒   By U.S. Mail:  I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☐   If By Personal Service:
    ☐   By personally delivering such envelope to the addressee.
    ☐   By causing such envelope to be delivered by messenger to the office of the    addressee.

☐   If By Next-Day Delivery Service:  By causing such envelope to be delivered to the office of the addressee via FedEx® or by other similar overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 12, 2011, at Los Angeles, California.

S. MICHIKO KONDO
_____
Type or Print Name

_____
Signature