RECEIVED
2011 JAN -6 P 2: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

Plaintiff,

v.

RADIANCY, INC.

Defendant.

CASE NO. 10-cv-05030-RS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Peter M. Brody, whose business address and telephone number is ROPES & GRAY LLP, 700 12th Street, NW, Suite 900, Washington, DC 20005-3948 Tel: (202) 508-4612 - Fax: (202) 383-7777

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Tria Beauty, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/20/11

Honorable Richard Seeborg
United States District Judge