Brendan J. O'Rourke*
borourke@proskauer.com
Kristin H. Neuman*
kneuman@proskauer.com
Victoria L. Loughery*
vloughery@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Telephone:   (212) 969-3000
Facsimile:   (212) 969-2900
* Admitted *pro hac vice*

Robert H. Horn (SBN 134710)
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

*Attorneys for Defendant and Counterclaim-Plaintiff*
Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RADIANCY, INC.,<br><br>　　　　　　　　Defendant.<br><br>―――――――――――<br>RADIANCY, INC.,<br><br>　　　　　　　　Counterclaim-Plaintiff,<br><br>　vs.<br><br>TRIA BEAUTY, INC.,<br><br>　　　　　　　　Counterclaim-Defendant. | Case No.  CV-10-5030 RS<br><br>**NOTICE OF RESCHEDULED HEARING ON MOTION BY DEFENDANT RADIANCY, INC. TO DISMISS PLAINTIFF TRIA BEAUTY, INC.'S STATE LAW CLAIMS**<br><br>Date:　March 10, 2011<br>Time:　1:30 p.m.<br>Ctrm:　3<br><br>Honorable Richard Seeborg<br><br>Action Filed: November 5, 2010 |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 10, 2011, at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 3 of the above-entitled court, the Honorable Judge Richard Seeborg presiding, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, defendant Radiancy, Inc. ("Radiancy") will and hereby does move this Court for an order dismissing plaintiff TRIA Beauty, Inc.'s second and third claims for relief under California Business & Professions Code § 17500 and § 17200.  This motion was previously noticed for February 1, 2011 and is being re-noticed pursuant to Judge Seeborg's Reassignment Order, dated December 28, 2010 (Dk. 17).

The motion will be made on the grounds that the second and third claims for relief fail to allege facts sufficient to demonstrate plaintiff's standing to bring its claims under California Business & Professions Code § 17500 and § 17200.

This motion is based upon this Notice of Motion and Motion, and the Memorandum of Points and Authorities in support thereof previously filed in this action on December 15, 2010 (Dk. 9), and on such other materials as the Court may properly consider prior to deciding this motion.

DATED: January 24, 2011

Brendan J. O'Rourke
Kristin H. Neuman
Robert H. Horn
Victoria L. Loughery
PROSKAUER ROSE LLP


By:  /s/ Robert H. Horn
         Robert H. Horn

Attorneys for Defendant and Counterclaim-Plaintiff, Radiancy, Inc.

1

NOTICE OF RADIANCY'S MOTION TO DISMISS – CASE NO. CV-10-5030 RS

**PROOF OF SERVICE**

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On January 24, 2011, I served the foregoing document described as:

NOTICE OF RESCHEDULED HEARING ON MOTION BY DEFENDANT RADIANCY, INC. TO DISMISS PLAINTIFF TRIA BEAUTY, INC.'S STATE LAW CLAIMS

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

Peter M. Brody, Esq.
Ropes & Gray LLP
700 12th Street, NW
Suite 900
Washington, DC  20005-3948

☒ By U.S. Mail: I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☐ If By Personal Service:
  ☐ By personally delivering such envelope to the addressee.
  ☐ By causing such envelope to be delivered by messenger to the office of the   addressee.

☐ If By Next-Day Delivery Service: By causing such envelope to be delivered to the office of the addressee via FedEx® or by other similar overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 24, 2011, at Los Angeles, California.

S. MICHIKO KONDO
Type or Print Name                                             Signature