Brendan J. O'Rourke*
*borourke@proskauer.com*
Kristin H. Neuman*
*kneuman@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Telephone:   (212) 969-3000
Facsimile:   (212) 969-2900
* Admitted *pro hac vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

*Attorneys for Defendant and Counterclaim-Plaintiff*
Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RADIANCY, INC.,<br><br>　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  CV-10-5030 RS<br><br>**RADIANCY, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS TRIA BEAUTY, INC.'S STATE LAW CLAIMS.**<br><br>Honorable Richard Seeborg<br><br>Action Filed: November 5, 2010 |

TO THE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 7-7(e), defendant and counterclaimant Radiancy, Inc. hereby withdraws its Motion to Dismiss Plaintiff-Counterdefendant TRIA Beauty, Inc.'s State Law Claims, which is set for hearing on March 10, 2011, at 1:30 p.m. The withdrawal is made in light of the California Supreme Court's recent decision in *Kwikset Corp. v. Superior Court*, Case No. S171845, 51 Cal. 4th 310, 2011 Cal. LEXIS 532 (Jan. 27, 2011), which was handed down after the motion to dismiss was filed.

DATED: February 24, 2011

Brendan J. O'Rourke
Kristin H. Neuman
Robert H. Horn
Victoria L. Loughery
PROSKAUER ROSE LLP

By: _____/s/ Robert H. Horn._____
           Robert H. Horn

Attorneys for Defendant and Counterclaim-Plaintiff, Radiancy, Inc.