# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Tria Beauty, Inc., <br>     Plaintiff(s), <br> v. <br> Radiancy, Inc, <br>     Defendant(s). | No. C 10-05030 RS MED <br><br> **Certification of ADR Session** |

***Instructions:*** *The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) March 23-24, 2011

2. Did the case settle?

   ☐ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☒ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? Periodically - next session tentatively scheduled for May 16, 2011

4. **IS THIS ADR PROCESS COMPLETE?**  ☒ YES   ☐ NO

Dated: March 30, 2011

Mediator, William N. Hebert
Calvo & Clark LLP
One Lombard Street
San Francisco, CA 94111