*E-Filed 4/11/11*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,

    Plaintiff / Counter-Defendant,

v.

RADIANCY, INC.,

    Defendant / Counter-Claimant.

Case No. 10-5030 RS

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF CASE MANAGEMENT ORDER
  AS MODIFIED BY THE COURT

Having considered the parties' stipulation, and good cause appearing therefor, the Case Management Scheduling Order filed January 28, 2011 is modified as follows:

|  | Current Date: | Proposed Modified Date: |
|---|---|---|
| Close of non-expert discovery | August 5, 2011 | December 2, 2011 |
| Disclosure of plaintiff's experts | September 12, 2011 | January 13, 2012 |
| Disclosure of defendant's experts | October 31, 2011 | February 29, 2012 |
| Close of expert discovery | November 18, 2011 | March 16, 2012 |
| Case management conference | December 8, 2011 | April 12, 2012 |
| Hearings on pretrial motions | No later than January 12, 2012 | No later than May 10, 2012 |

| | | | |
|---|---|---|---|
| 1 | Joint pretrial statement | March 1, 2012 | June 14, 2012<br>~~June 29, 2012~~ |
| 2 | Pretrial conference | March 15, 2012 | ~~July 12, 2012~~  June 28, 2012 |
| 3 | Trial begins | March 26, 2012 | ~~July 25, 2012~~  July 9, 2012 |

6    IT IS SO ORDERED.

Dated: __4/11/11_____

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**[PR~~OPOSE~~D] ORDER GRANTING STIPULATED REQUEST**                                    **2**
**FOR MODIFICAITON OF CASE MANAGEMENT ORDER**
**Case No. 10-5030 RS**