IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

   Plaintiff,

 v.

RADIANCY, INC.

   Defendant.

CASE NO. 10-cv-05030-RS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Alexandra J. Roberts, whose business address and telephone number is

ROPES & GRAY LLP, Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600, alexandra.roberts@ropesgray.com
Tel: (617) 951-7024 - Fax: (617) 235-9668

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing TRIA Beauty, Inc.

 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 5/27/11

                  Honorable Richard Seeborg
                  United States District Judge