UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC. <br>     Plaintiff and Counter-Defendant, <br>     vs. <br> RADIANCY INC., <br>     Defendant and Counter-Claimant. | Case No. 10-cv-05030-RS <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL |

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Plaintiff and Counter-Defendant TRIA Beauty, Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Joshua Van Hoven be allowed to withdraw and is hereby withdrawn as attorney of record for Plaintiff and Counter-Defendant TRIA Beauty, Inc. in the above referenced matter.

Dated: 6/16/11

                                             Honorable Richard Seeborg <br>
                                             United States District Judge