Brendan J. O'Rourke*
borourke@proskauer.com
Kristin H. Neuman*
kneuman@proskauer.com
Victoria L. Loughery*
vloughery@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Fl.
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendant-
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RADIANCY, INC.,<br><br>　　　　Defendant.<br>_____<br>RADIANCY, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　vs.<br><br>TRIA BEAUTY, INC.<br><br>　　　　Counterclaim-Defendant. | Case No. CV-10-5030 RS<br><br>**RADIANCY, INC.'S  STATEMENT OF NON-OPPOSITION TO TRIA BEAUTY, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:　August 25, 2011<br>Time:　1:30 p.m.<br>Ctrm:　3<br><br>Honorable Judge Richard Seeborg<br><br>JURY TRIAL DEMANDED |

On July 8, 2011, Plaintiff-Counterclaim Defendant Tria Beauty, Inc. ("TRIA") filed a Motion for Leave to File its First Amended Complaint (the "Motion").

Pursuant to Civil Local Rule 7-3(b), Defendant-Counterclaim Plaintiff Radiancy, Inc. ("Radiancy") hereby informs the Court that it does not oppose the Motion. Radiancy does, however, disagree with the allegations and claims propounded in TRIA's proposed First Amended Complaint, and reserves all of its rights concerning the same.

Radiancy also informs this Court that page 2, lines 9-17, of TRIA's Memorandum of Points and Authorities in support of the Motion contains an inaccurate description of certain aspects of the Court-directed mediation proceeding that occurred in March of this year. Notwithstanding its inaccuracy, TRIA's disclosure is also improper under ADR Local Rule 6-12, which provides that anything that occurred or was said in mediation is confidential and shall not be disclosed to the assigned judge or used for any purpose in any pending or future proceeding in this court. Accordingly, Radiancy respectfully requests the Court disregard that portion of TRIA's Motion.

Respectfully submitted,

DATED: July 22, 2011

Brendan J. O'Rourke
Kristin H. Neuman
Victoria L. Loughery
Robert H. Horn
PROSKAUER ROSE LLP

By: _____/s/ Robert H. Horn_____
        Robert H. Horn
Attorneys for Defendant and Counterclaim-Plaintiff Radiancy, Inc.