**E-filed 7/22/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,

                Plaintiff,

  v.

RADIANCY INC.,

                Defendant.

_____/

No. C  10-5030 RS

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

     In view of defendant's statement of non-opposition and of the liberal policy favoring amendment embodied in Rule 15 of the Federal Rules of Civil Procedure, plaintiff's motion for leave to file the proposed Second Amended Complaint is granted, and it is hereby deemed filed as of the date of this order. The hearing set for August 25, 2011 is vacated.

IT IS SO ORDERED.

Dated: 7/22/11

_____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1