Brendan J. O'Rourke*
*borourke@proskauer.com*
Kristin H. Neuman*
*kneuman@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Fl.
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendant-
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RADIANCY, INC., <br><br> Defendant. | Case No. CV-10-5030 RS <br><br> **DECLARATION OF BRENDAN J. O'ROURKE IN SUPPORT OF MOTION BY RADIANCY, INC. FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS** <br><br> Date:   September 8, 2011 <br> Time:   1:30 p.m. <br> Ctrm:   3 |
| RADIANCY, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> TRIA BEAUTY, INC. <br><br> Counterclaim Defendant. | Honorable Judge Richard Seeborg <br><br> **JURY TRIAL DEMANDED** |

I, Brendan J. O'Rourke, declare:

1. I am an attorney licensed to practice law in the State of New York, admitted *pro hac vice* in this Court, a member of Proskauer Rose LLP, and counsel to defendant-counterclaim plaintiff Radiancy, Inc. ("Radiancy"), in this action. I have personal knowledge of the facts set forth below and, if called as a witness, would testify to those facts.

2. Radiancy seeks to file its proposed First Amended Counterclaims (herein the "Amended Counterclaim"), which is attached to this declaration as Exhibit A. The Amended Counterclaim includes: (1) additional factual allegations against plaintiff-counterclaim defendant Tria Beauty, Inc. ("TRIA"); and (2) allegations against proposed counterclaim defendant, Kim Kardashian, TRIA's paid spokesperson and celebrity endorser, concerning the materially false and misleading statements she has made about the efficacy of the TRIA Laser Hair Removal System. Specifically, Radiancy has augmented its allegations concerning the TRIA Skin Clarifying System and also added allegations concerning advertisements for the TRIA Laser Hair Removal System that ran, or were discovered, after Radiancy filed its original counterclaims.

3. Radiancy provided a draft copy of the proposed Amended Counterclaim to TRIA on June 10, 2011, and sought TRIA's consent to file the amended pleading. On June 24, 2011, TRIA's counsel responded in writing that TRIA was only prepared to stipulate to the filing of the proposed amendments which were asserted against TRIA, and to the extent the proposed amendments related to claims asserted against Kim Kardashian individually, TRIA would be willing to stipulate to the new allegations but would not stipulate to the addition of Ms. Kardashian as a party. Because TRIA would not consent to the filing of Radiancy's Amended Counterclaim, Radiancy notified TRIA on July 8, 2011 that it intended to seek the Court's leave for filing.

2

Declaration of Brendan J. O'Rourke In Support of Radiancy, Inc.'s Motion for Leave to File First Amended Counterclaims - Case No. CV10-5030-RS

4. The proposed Amended Counterclaim enables Radiancy to aggregate its claims concerning the false advertising of TRIA products in a single efficient action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on August 3, 2011.

By: _____
Brendan J. O'Rourke

3

Declaration of Brendan J. O'Rourke In Support of Radiancy, Inc.'s Motion for Leave to File First Amended Counterclaims                              - Case No. CV10-5030-RS