RECEIVED
2011 AUG 16 P 1: 53

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.,

        Plaintiff,

v.

RADIANCY, INC.,

        Defendant.

CASE NO. 10-cv-05030-RS

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Mariel Goetz, whose business address and telephone number is ROPES & GRAY LLP, One Metro Center, 700 12th Street, NW, Suite 900, Washington, DC 20005-3948, 1 202 508 4769 and who is an active member in good standing of the bar of Eastern District of Virginia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing TRIA Beauty, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/22/11

_____
Hon. Richard Seeborg
United States District Judge