UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., | No. C 10-05030 RS (NJV) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| RADIANCY, INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Plaintiff's motion to compel production of documents (Docket #. 55), previously noticed for hearing September 15, 2011 before Judge Richard Seeborg has been rescheduled to be held September 27, 2011 at 10:00 a.m. before Magistrate Judge Vadas in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, California. Parties are advised to follow the briefing schedule as directed in L.R. 7-3.

Parties wishing to appear by phone should contact Judge Vadas' courtroom deputy to make arrangements.

Dated: August 24, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/
Gloria Masterson
Courtroom Deputy