UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,<br><br>　　　　Defendant.<br><br>RADIANCY, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>vs.<br><br>TRIA BEAUTY, INC.<br><br>　　　　Counterclaim-Defendant, | Case No. CV-10-5030 RS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF TRIA BEAUTY INC.'S MOTION TO COMPEL DISCOVERY**<br><br>Date:　September 15, 2011<br>Time:　1:30 p.m.<br>Ctrm:　3<br><br>Honorable Judge Richard Seeborg<br><br>JURY TRIAL DEMANDED<br><br>Hearing Cutoff:　May 10, 2012<br>Pretrial Conf:　June 28, 2012<br>Trial:　July 9, 2012<br><br>Action Filed: November 5, 2010 |

　　Having considered Plaintiff TRIA Beauty, Inc.'s ("TRIA") Motion to Compel, and the Memorandum in Opposition to the Motion to Compel filed by Defendant-Counterclaim Plaintiff Radiancy, Inc. ("Radiancy"), and good cause appearing therefore,

　　IT IS HEREBY ORDERED that TRIA's Motion is hereby DENIED in its entirety.

　　IT IS SO ORDERED.

　　Dated: _____, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

Radiancy's Opposition to TRIA's Motion to Compel Discovery – Case No. CV10-5030-RS