| | |
|---|---|
| 1 | THAD A. DAVIS (CSB # 220503) |
|   | thad.davis@ropesgray.com |
| 2 | ROPES & GRAY LLP |
|   | Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4006 |
|   | T +1 415 315 6300 |
| 4 | F +1 415 315 6350 |
| 5 | PETER M. BRODY (*pro hac vice*) |
|   | peter.brody@ropesgray.com |
| 6 | Alexandra J. Roberts (*pro hac vice*) |
|   | alexandra.roberts@ropesgray.com |
| 7 | ROPES & GRAY LLP |
|   | 700 12th Street, NW, Suite 900 |
| 8 | Washington, DC  20005-3948 |
|   | Telephone:  (202) 508-4612 |
| 9 | Facsimile:  (202) 383-7777 |
| 10 | Attorneys for Plaintiff and Counter-defendant |
|    | TRIA BEAUTY, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC. | Case No. 10-cv-05030-RS |
| Plaintiff and Counter-Defendant, | **CERTIFICATE OF SERVICE JUDGE VADAS' STANDING ORDERS** |
| vs. | **JURY TRIAL DEMANDED** |
| RADIANCY INC., | |
| Defendant and Counter-Claimant. | Honorable Magistrate Judge Nandor J. Vadas |

## **CERTIFICATE OF SERVICE**

I hereby certify that the **STANDING ORDERS OF MAGISTRATE JUDGE NANDOR J. VADAS** were served on August 24, 2011 by causing a true copy to be transmitted via e-mail to:

>Robert H. Horn
>PROSKAUER ROSE LLP
>2049 Century Park East, 32nd Floor
>Los Angeles, CA  90067-3206
>
>Brendan J. O'Rourke
>Kristin H. Neuman
>Victoria L. Loughery
>Dolores F. DiBella
>PROSKAUER ROSE LLP
>1585 Broadway
>New York, NY  10036-8299

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on August 25, 2011 in Boston, Massachusetts.

>By: */s/ Alexandra Roberts*
>Alexandra J. Roberts
>ROPES & GRAY LLP
>
>Attorneys for Plaintiff
>TRIA BEAUTY, INC.

**Certificate of Service**
**Case No. 10-cv-05030-RS**