1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    TRIA BEAUTY, INC.                        No. C-10-05030

9              Plaintiff(s),

10        v.                                  **ORDER REGARDING PLAINTIFF'S
                                              MOTION TO COMPEL**

11   RADIANCY, INC                            **(Doc. No. 55)**

12             Defendant(s).
     _____/

13

14        It appears that plaintiff Tria Beauty Inc. may have misunderstood defendant Radiancy, Inc.'s

15   position regarding the utility of further meet and confer efforts to resolve the issues raised in

16   Plaintiff's motion to compel (Doc. No. 55).  As Defendant appears willing to engage in further meet

17   and confer efforts regarding the contested discovery and implies that such meet and confer efforts

18   would be productive, the Court orders the parties to meet and confer once more[1], in person, in

19   advance of the September 27, 2011 discovery hearing.  If it is more convenient, the parties may

20   choose to meet and confer on September 27, 2011 in courtroom 14 on the 18th floor of the United

21   States District Court in San Francisco at 9:00 a.m., and continue the hearing until 11:30 a.m.  The

22   parties then may appear by telephone from the San Francisco courtroom for the hearing in Eureka.

23   In light of the parties' eagerness to meet and confer, the Court fully anticipates that the parties will

24   be able to narrow the disputed issues to be addressed at the hearing.

25

26

27

28

_____

[1] The parties met and conferred in person after Defendant filed its opposition, although they did not resolve or narrow the outstanding issues.  *See* Doc. No. 68 at 1 n.2.

Plaintiff should inform the Courtroom Deputy if the parties prefer to continue the hearing time until 11:30 a.m. to accommodate meet and confer efforts on the day of the hearing.

**IT IS SO ORDERED**.

Dated:  September 19, 2011

_____

Nandor J. Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2