**Not For Publication**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIA BEAUTY, INC. | No. C-10-05030 |
| Plaintiff, | |
| v. | **ORDER TAKING PLAINTIFF'S MOTION TO COMPEL UNDER SUBMISSION** |
| RADIANCY, INC. | **(Doc. No. 55)** |
| Defendant. | |

The district court has referred the parties' discovery motions and all future discovery matters to this Court for determination. Doc. No. 58. Plaintiff and counter-defendant Tria Beauty, Inc. moves to compel production of documents by defendant and counter-claimant Radiancy Inc. Doc. No. 55. On September 19, 2011, the Court ordered the parties to engage in further meet and confer efforts to narrow the disputed issues. Doc. No. 75. Pursuant to Local Rule 7-1(b), the Court finds that this matter is appropriate for decision without oral argument and takes the matter under submission. The parties should inform the Court immediately if they resolve their dispute.

**IT IS SO ORDERED**.

Dated: September 21, 2011

Nandor J. Vadas
United States Magistrate Judge