| | |
|---|---|
| 1 | THAD A. DAVIS (CSB # 220503) |
| |   thad.davis@ropesgray.com |
| 2 | ROPES & GRAY LLP |
| | Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4006 |
| | Telephone: (415) 315-6300 |
| 4 | Facsimile: (415) 315-6350 |
| 5 | PETER M. BRODY (*pro hac vice*) |
| |   peter.brody@ropesgray.com |
| 6 | MARIEL GOETZ (*pro hac vice*) |
| |   mariel.goetz@ropesgray.com |
| 7 | ROPES & GRAY LLP |
| | 700 12th Street NW, Suite 900 |
| 8 | Washington, DC  20005-3948 |
| | Telephone: (202) 508-4612 |
| 9 | Facsimile: (202) 383-7777 |
| 10 | Attorneys for Counter-defendant |
| | KIMBERLY KARDASHIAN |
| 11 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIA BEAUTY, INC., Plaintiff, | Case No. 10-cv-05030-RS (NJV) |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| RADIANCY, INC., Defendant, | |
| RADIANCY, INC., Counter-claimant | Honorable Judge Seeborg |
| v. | Honorable Magistrate Judge Vadas |
| TRIA BEAUTY, INC., Counter-defendant, | |
| and | |
| KIMBERLY KARDASHIAN, Counter-defendant | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Peter M. Brody of ROPES & GRAY LLP, 700 12th Street NW, Suite 900, Washington, DC 20005-3948, hereby enters an appearance in the

1  above-captioned matter as counsel on behalf of Counter-defendant KIMBERLY
2  KARDASHIAN.

Respectfully submitted,

Ropes & Gray LLP

October 12, 2011          By  /s/  Peter M. Brody
                              Peter M. Brody (*pro hac vice*)
                              peter.brody@ropesgray.com
                              ROPES & GRAY LLP

                              Attorneys for Counter-defendant
                              KIMBERLY KARDASHIAN