| | |
|---|---|
| 1 | THAD A. DAVIS (CSB # 220503) |
| 2 | thad.davis@ropesgray.com<br>ROPES & GRAY LLP |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4006 |
| 4 | Telephone:  (415) 315-6300<br>Facsimile:  (415) 315-6350 |
| 5 | PETER M. BRODY (*pro hac vice*) |
| 6 | peter.brody@ropesgray.com<br>MARIEL GOETZ (*pro hac vice*) |
| 7 | mariel.goetz@ropesgray.com<br>ROPES & GRAY LLP |
| 8 | 700 12th Street NW, Suite 900<br>Washington, DC  20005-3948 |
| 9 | Telephone:  (202) 508-4612<br>Facsimile:  (202) 383-7777 |
| 10 | Attorneys for Counter-defendant |
| 11 | KIMBERLY KARDASHIAN |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIA BEAUTY, INC., Plaintiff,<br>          v.<br>RADIANCY, INC., Defendant,<br>―――<br>RADIANCY, INC., Counter-claimant<br>          v.<br>TRIA BEAUTY, INC., Counter-defendant,<br>          and<br>KIMBERLY KARDASHIAN, Counter-defendant | Case No. 10-cv-05030-RS (NJV)<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Honorable Judge Seeborg<br>Honorable Magistrate Judge Vadas |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Peter M. Brody of ROPES & GRAY LLP, 700 12th Street NW, Suite 900, Washington, DC 20005-3948, hereby enters an appearance in the

1 above-captioned matter as counsel on behalf of Counter-defendant KIMBERLY
2 KARDASHIAN.

Respectfully submitted,

Ropes & Gray LLP

October 12, 2011   By /s/ Peter M. Brody
Peter M. Brody (*pro hac vice*)
peter.brody@ropesgray.com
ROPES & GRAY LLP

Attorneys for Counter-defendant
KIMBERLY KARDASHIAN

**NOTICE OF APPEARANCE OF COUNSEL**
Case No. 10-cv-05030-RS (NJV)                                                2