THAD A. DAVIS (CSB # 220503)
  thad.davis@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

PETER M. BRODY (*pro hac vice*)
  peter.brody@ropesgray.com
MARIEL GOETZ (*pro hac vice*)
  mariel.goetz@ropesgray.com
ROPES & GRAY LLP
700 12th Street NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4612
Facsimile: (202) 383-7777

Attorneys for Counter-defendant
KIMBERLY KARDASHIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., Plaintiff,<br>v.<br>RADIANCY, INC., Defendant,<br><br>RADIANCY, INC., Counter-claimant<br>v.<br>TRIA BEAUTY, INC., Counter-defendant,<br>and<br>KIMBERLY KARDASHIAN, Counter-defendant | Case No. 10-cv-05030-RS (NJV)<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Honorable Judge Seeborg<br>Honorable Magistrate Judge Vadas |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mariel Goetz of ROPES & GRAY LLP, 700 12th Street NW, Suite 900, Washington, DC 20005-3948, hereby enters an appearance in the

1 above-captioned matter as counsel on behalf of Counter-defendant KIMBERLY
2 KARDASHIAN.

Respectfully submitted,

Ropes & Gray LLP

October 12, 2011   By */s/ Mariel Goetz*
Mariel Goetz (*pro hac vice*)
mariel.goetz@ropesgray.com
ROPES & GRAY LLP

Attorneys for Counter-defendant
KIMBERLY KARDASHIAN