| | |
|---|---|
| 1 | THAD A. DAVIS (CSB # 220503) |
| | thad.davis@ropesgray.com |
| 2 | ROPES & GRAY LLP |
| | Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4006 |
| | Phone: (415) 315-6300 |
| 4 | Facsimile: (415) 315-6350 |
| 5 | |
| | PETER M. BRODY (*pro hac vice*) |
| 6 | peter.brody@ropesgray.com |
| | MARIEL GOETZ (*pro hac vice*) |
| 7 | mariel.goetz@ropesgray.com |
| | ROPES & GRAY LLP |
| 8 | 700 12th Street, NW, Suite 900 |
| | Washington, DC 20005-3948 |
| 9 | Telephone: (202) 508-4612 |
| | Facsimile: (202) 383-7777 |
| 10 | |
| 11 | MICHAEL J. KUMP (CSB # 100983) |
| | mkump@kwikalaw.com |
| 12 | LAURA D. CASTNER (CSB # 172362) |
| | lcastner@kwikalaw.com |
| 13 | KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP |
| | 808 Wilshire Boulevard, 3rd Floor |
| 14 | Santa Monica, CA 90401 |
| | Telephone: (310) 566-9800 |
| 15 | Facsimile: (310) 566-9850 |
| 16 | Attorneys for Counter-defendant |
| | KIMBERLY KARDASHIAN |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIA BEAUTY, INC., Plaintiff, | |
| v. | |
| RADIANCY, INC., Defendant, | Case No. 10-cv-05030-RS (NJV) |
| RADIANCY, INC., Counter-claimant | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| TRIA BEAUTY, INC., Counter-defendant, | Honorable Judge Richard Seeborg |
| and | Honorable Magistrate Judge Vadas |
| KIMBERLY KARDASHIAN, Counter-defendant | |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that ROPES & GRAY LLP hereby associates with KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP as co-counsel of record on behalf of Counter-defendant KIMBERLY KARDASHIAN in this matter. The name, office address, telephone number and facsimile number of the associated counsel are:

>MICHAEL J. KUMP (CSB # 100983)
> mkump@kwikalaw.com
> LAURA D. CASTNER (CSB # 172362)
> lcastner@kwikalaw.com
> KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
> 808 Wilshire Boulevard, Third Floor
> Santa Monica, CA 90401
> Telephone: (310) 566-9800
> Facsimile: (310) 566-9850

Accordingly, in addition to the other counsel of record, please serve copies of all filings and papers on Mr. Kump and Ms. Castner.

>Respectfully submitted,
>
>ROPES & GRAY LLP

October 13, 2011

>By */s/ Peter M. Brody*
>
>Peter M. Brody
>Mariel Goetz
>ROPES & GRAY LLP
>
>Attorneys for Counter-defendant
>KIMBERLY KARDASHIAN

Case No. 10-cv-05030-RS (NJV) Notice of Association of Counsel

1

1  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP hereby accepts the above
2  association.
3
4
5
6                                              Respectfully submitted,
7                                              KINSELLA WEITZMAN ISER KUMP &
                                               ALDISERT LLP
8
9  October 13, 2011                            By _____
10                                             Michael J. Kump
11                                             Laura D. Castner
                                               KINSELLA WEITZMAN ISER KUMP &
12                                             ALDISERT LLP
13
14                                             Attorneys for Counter-defendant
                                               KIMBERLY KARDASHIAN
15
16
17
18
19
20
21
22
23
24
25
26
27
28