UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>    Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,<br>    Defendant.<br>_____<br>RADIANCY, INC.,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>TRIA BEAUTY, INC.,<br>    Counterclaim Defendant,<br><br>and<br><br>KIMBERLY KARDASHIAN,<br>    Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF CASE MANAGEMENT SCHEDULING ORDER |

Having considered the parties' stipulation and good cause appearing therefor, the Case Management Scheduling Order filed April 11, 2011 is modified as follows:

| | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off | 12/02/11 | 1/25/12 |
| Expert disclosures and reports on any issue as to which a party has the burden of proof | 01/13/12 | 02/15/12 |
| Rebuttal expert disclosures and reports | 02/29/12 | 03/12/12 |
| Expert discovery cut-off | 03/16/12 | 03/28/12 |
| Motions to compel expert discovery | 03/23/12 | 04/2/12 |
| Case management conference | 4/12/12* | No Change |

| Hearings on pretrial motions | No later than 5/10/12 | No Change |
| --- | --- | --- |
| Joint pretrial statement | 6/29/12 | No Change |
| Pretrial conference | 7/12/12 | No Change |
| Trial begins | 7/25/12 | No Change |

*Provisional proposed date, subject to Court's calendar.

IT IS SO ORDERED.

Dated: 11/3/11

~~Nandor J. Vadas~~
~~United States Magistrate Judge~~
RICHARD SEEBORG
U.S. DISTRICT JUDGE

2

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR MODIFICA-
TION OF CASE MANAGEMENT SCHEDULING ORDER    No. 10-CV-5030 RS (NJV)