*E-Filed 12/22/11*

Brendan J. O'Rourke*
*borourke@proskauer.com*
Kristin H. Neuman*
*kneuman@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Phone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant-
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>        Plaintiff,<br><br>   vs.<br><br>RADIANCY, INC.,<br>        Defendant.<br><br>RADIANCY, INC.,<br>        Counterclaim Plaintiff,<br><br>   vs.<br><br>TRIA BEAUTY, INC.,<br>        Counterclaim Defendant,<br><br>   and<br><br>KIMBERLY KARDASHIAN,<br>        Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**[PROPOSED] ORDER RELIEVING DOLORES D. DIBELLA AS COUNSEL OF RECORD FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF RADIANCY, INC.** |

1

Pursuant to the Notice of Withdrawal of Counsel filed by Dolores D. DiBella, and good cause having been shown,

IT IS HEREBY ORDERED that Dolores D. DiBella is relieved as counsel of record for defendant-counterclaim plaintiff Radiancy, Inc. in this case.

Dated: __ 12/22/11 _____

_____
Richard Seeborg
United States District Judge

---
1
ORDER RELIEVING DOLORES D. DIBELLA AS COUNSEL          .No. 10-CV-5030 RS (NJV)