*E-Filed 12/28/11*

RECEIVED
DEC 27 P 12:39

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

        Plaintiff,

v.

RADIANCY, INC.

        Defendant.

CASE NO. 10-CIV-5030 (RS)

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Alexander Kaplan, whose business address and telephone number is Proskauer Rose LLP, Eleven Times Square, New York, NY 10036; Tel: (212) 969-3000

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Radiancy, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/27/11

_____
RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California