UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,
   Plaintiff,

vs.

RADIANCY, INC.,
   Defendant.

___

RADIANCY, INC.,
   Counterclaim Plaintiff,

vs.

TRIA BEAUTY, INC.,
   Counterclaim Defendant,

and

KIMBERLY KARDASHIAN,
   Counterclaim Defendant.

CASE NO. CV-10-5030 (RS) (NJV)

**ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF CASE MANAGEMENT SCHEDULING ORDER**

Having considered the parties' stipulation and good cause appearing therefor, the Case Management Scheduling Order entered on November 17, 2011 is modified as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off | 1/25/12 | 2/17/12 |
| Expert disclosures and reports on any issue as to which a party has the burden of proof | 2/15/12 | 2/29/12 |
| Rebuttal expert disclosures and reports | 3/12/12 | 3/21/12 |
| Expert discovery cut-off | 3/28/12 | 4/6/12 |
| Motions to compel expert discovery | 4/2/12 | 4/10/12 |
| Case management conference | 4/12/12* | No Change |

| | | |
|---|---|---|
| Hearings on pretrial motions | No later than 5/10/12 | No Change |
| Joint pretrial statement | 6/29/12 | No Change |
| Pretrial conference | 7/12/12 | No Change |
| Trial begins | 7/23/12 | No Change |

*Provisional proposed date, subject to Court's calendar.

IT IS SO ORDERED.

Dated: January 24, 2012

_____
Nandor J. Vadas
United States Magistrate Judge