UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., <br>     Plaintiff, <br><br> vs. <br><br> RADIANCY, INC., <br>     Defendant. <br><br> RADIANCY, INC., <br>     Counterclaim Plaintiff, <br><br> vs. <br><br> TRIA BEAUTY, INC., <br>     Counterclaim Defendant, <br><br> and <br><br> KIMBERLY KARDASHIAN, <br>     Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV) <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF CASE MANAGEMENT SCHEDULING ORDER** |

Having considered the parties' stipulation and good cause appearing therefor, the Case Management Scheduling Order entered on November 17, 2011 is modified as follows:

| | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off | 1/25/12 | 2/17/12 |
| Expert disclosures and reports on any issue as to which a party has the burden of proof | 2/15/12 | 2/29/12 |
| Rebuttal expert disclosures and reports | 3/12/12 | 3/21/12 |
| Expert discovery cut-off | 3/28/12 | 4/6/12 |
| Motions to compel expert discovery | 4/2/12 | 4/10/12 |
| Case management conference | 4/12/12* | No Change |

| | | |
|---|---|---|
| Hearings on pretrial motions | No later than 5/10/12 | No Change |
| Joint pretrial statement | 6/29/12 | No Change |
| Pretrial conference | 7/12/12 | No Change |
| Trial begins | 7/23/12 | No Change |

*Provisional proposed date, subject to Court's calendar.

IT IS SO ORDERED.

Dated: __1/24/12____

_____
~~Nandor J. Vadas~~   Richard Seeborg
United States ~~Magistrate~~ Judge
                District

2