| | |
|---|---|
| 1 | THAD A. DAVIS (CSB # 220503) |
| | thad.davis@ropesgray.com |
| 2 | ROPES & GRAY LLP |
| | 1900 University Avenue, 6th Floor |
| 3 | East Palo Alto, CA 94303 |
| | Telephone: (650) 617-4000 |
| 4 | Facsimile: (650) 617-4090 |
| | |
| 5 | PETER M. BRODY (*pro hac vice*) |
| | peter.brody@ropesgray.com |
| 6 | MARIEL GOETZ (*pro hac vice*) |
| | mariel.goetz@ropesgray.com |
| 7 | ALEXANDRA J. ROBERTS (*pro hac vice*) |
| | alexandra.roberts@ropesgray.com |
| 8 | ROPES & GRAY LLP |
| | 700 12th Street, NW, Suite 900 |
| 9 | Washington, DC 20005-3948 |
| | Telephone: (202) 508-4612 |
| 10 | Facsimile: (202) 383-7777 |
| | |
| 11 | Attorneys for Plaintiff and Counterclaim Defendant |
| | TRIA BEAUTY, INC. |
| 12 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIA BEAUTY, INC. | Case No. 10-cv-05030-RS (NJV) |
| Plaintiff and Counterclaim Defendant, | Honorable Judge Richard Seeborg |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| RADIANCY INC., | |
| Defendant and Counterclaim Plaintiff, | |
| and | |
| KIMBERLY KARDASHIAN, | |
| Counterclaim Defendant. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kelly L. Baxter (CSB # 232286) of ROPES & GRAY

LLP, 1900 University Avenue, 6th Floor, East Palo Alto, California 94303, hereby enters an appearance in the above-captioned matter as counsel on behalf of Plaintiff and Counter-defendant TRIA BEAUTY, INC.

                                        Respectfully submitted,

                                        Ropes & Gray LLP

January 26, 2012                         By  */s/ Kelly L. Baxter*
                                               Kelly L. Baxter
                                               kelly.baxter@ropesgray.com
                                               Peter M. Brody
                                               peter.brody@ropesgray.com
                                               Thad A. Davis
                                               thad.davis@ropesgray.com
                                               Mariel Goetz
                                               mariel.goetz@ropesgray.com
                                               Alexandra J. Roberts
                                               alexandra.roberts@ropesgray.com
                                               ROPES & GRAY LLP

                                               Attorneys for Plaintiff/Counterclaim Defendant
                                               TRIA BEAUTY, INC.