*E-Filed 2/10/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.

    Plaintiff,

v.

RADIANCY, INC.

    Defendant.

CASE NO. 10-cv-05030-RS (NJV)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Lee S. Gayer, whose business address and telephone number is Ropes & Gray LLP, 1211 Avenue of Americas, New York, NY 10036; (212) 956-9000

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing TRIA Beauty, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 10, 2012

_____
United States District Judge