1 Brendan J. O'Rourke*
  borourke@proskauer.com
2 Alexander Kaplan*
  akaplan@proskauer.com
3 Jennifer L. Jones*
  jljones@proskauer.com
4 Victoria L. Loughery*
  vloughery@proskauer.com
5 PROSKAUER ROSE LLP
  Eleven Times Square
6 New York, NY 10036
  Phone: (212) 969-3000
7 Facsimile: (212) 969-2900
  * Admitted *Pro Hac Vice*
8
  Robert H. Horn (SBN 134710)
9 rhorn@proskauer.com
  PROSKAUER ROSE LLP
10 2049 Century Park East, 32nd Floor
   Los Angeles, CA 90067-3206
11 Phone:   (310) 557-2900
   Facsimile: (310) 557-2193
12
   Attorneys For Defendant and
13 Counterclaim Plaintiff Radiancy, Inc.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17 TRIA BEAUTY, INC.,                    CASE NO. CV-10-5030 (RS) (NJV)

18          Plaintiff,

19     vs.                               [~~PROPOSED~~] **ORDER RELIEVING**
                                         **KRISTIN H. NEUMAN AS COUNSEL**
20 RADIANCY, INC.,                       **OF RECORD FOR DEFENDANT AND**
                                         **COUNTERCLAIM-PLAINTIFF**
21          Defendant.                   **RADIANCY, INC.**

22
   RADIANCY, INC.,
23
            Counterclaim Plaintiff,
24
       vs.
25
   TRIA BEAUTY, INC.,
26
            Counterclaim Defendant,
27
       and
28
   KIMBERLY KARDASHIAN,
       Counterclaim Defendant.

---

ORDER RELIEVING KRISTIN H. NEUMAN AS COUNSEL          No. 10-CV-5030 RS (NJV)

Pursuant to the Notice of Withdrawal as Counsel filed by defendant and counterclaim plaintiff Radiancy, Inc., and good cause having been shown,

IT IS HEREBY ORDERED that Kristin H. Neuman is relieved as counsel of record for defendant and counterclaim plaintiff Radiancy, Inc. in this case.

Dated: __2/23/12_____

_____
Richard Seeborg
United States District Judge

ORDER RELIEVING KRISTIN H. NEUMAN AS COUNSEL                    .No. 10-CV-5030 RS (NJV)