Brendan J. O'Rourke*
*borourke@proskauer.com*
Kristin H. Neuman*
*kneuman@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant-
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>RADIANCY, INC.,<br>　　　　Defendant.<br>―――――――――――<br>RADIANCY, INC.,<br>　　　　Counterclaim Plaintiff,<br><br>　　vs.<br><br>TRIA BEAUTY, INC.,<br>　　　　Counterclaim Defendant,<br><br>　　and<br><br>KIMBERLY KARDASHIAN,<br>　　　　Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**PROOF OF SERVICE** |

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On March 1, 2012, I served the foregoing documents described as:

See attached

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Peter M. Brody | Michael J. Kump |
| Ropes & Gray LLP | Laura D. Castner |
| Prudential Tower | Kinsella Weitzman Iser Kump |
| 800 Boylston Street | & Aldisert LLP |
| Boston, MA 02199-3600 | 808 Wilshire Boulevard, 3rd Floor |
| | Santa Monica, CA 90401 |

☐ If By Email: By transmitting a true and correct copy thereof via electronic facsimile transmission to the above/below listed email address.

☒ By U.S. Mail: I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 1, 2012, at Los Angeles, California.

S. MICHIKO KONDO
Type or Print Name                                            Signature

PROOF OF SERVICE                                             .No. 10-CV-5030 RS (NJV)

## DOCUMENTS SERVED

1. Stipulated Request for Expedited Briefing Schedule and Proposed Modification to Case Management Order;

2. [Proposed] Order Granting Stipulated Request for Expedited Briefing Schedule and Proposed Modification to Case Management Order;

3. Defendant-Counterclaim Plaintiff Radiancy, Inc.'s Motion for Administrative Relief Pursuant to Civil Local Rules 7-11 and 79-5 to File a Declaration Exhibit Under Seal;

4. [Proposed] Order Granting Defendant-Counterclaim Plaintiff Radiancy, Inc.'s Motion for Administrative Relief Pursuant to Civil Local Rules 7-11 and 79-5 to File a Declaration Exhibit Under Seal;

5. Declaration of Robert Horn in Support of Defendant-Counterclaim Plaintiff Radiancy, Inc.'s Motion for Administrative Relief Pursuant to Civil Local Rules 7-11 and 79-5 to File a Declaration Exhibit Under Seal;

6. [Redacted Version of] Declaration of Victoria L. Loughery in Support of Radiancy, Inc.'s Motion for Relief From Case Management Scheduling Order;

7. [Unredacted Version of] Declaration of Victoria L. Loughery in Support of Radiancy, Inc.'s Motion for Relief From Case Management Scheduling Order; and

8. [Highlighted Version of] Declaration of Victoria L. Loughery in Support of Radiancy, Inc.'s Motion for Relief From Case Management Scheduling Order