Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant and
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>            Plaintiff,<br><br>    vs.<br><br>RADIANCY, INC.,<br>            Defendant.<br><br>RADIANCY, INC.,<br>            Counterclaim Plaintiff,<br><br>    vs.<br><br>TRIA BEAUTY, INC.,<br>            Counterclaim Defendant,<br><br>    and<br><br>KIMBERLY KARDASHIAN,<br>            Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**DECLARATION OF BRENDAN J. O'ROURKE IN SUPPORT OF RADIANCY, INC.'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULING ORDER**<br><br>Honorable Judge Richard Seeborg |

1

DECLARATION OF BRENDAN J. O'ROURKE IN SUPPORT OF RADIANCY'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULING ORDER – NO. 10-CV-5030 RS (NJV)

I, Brendan J. O'Rourke, declare as follows:

1. I submit this declaration in support of Radiancy's Motion for Relief from the Case Management Scheduling Order in this matter.

2. I am an attorney licensed to practice law in the State of New York and am admitted *pro hac vice* in the above-captioned matter. I am a member of Proskauer Rose, LLP, attorneys for Defendant-Counterclaimant Radiancy, Inc. ("Radiancy"). The facts set forth herein are of my own personal knowledge and, if called to testify under oath, I could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of an email chain from counsel for TRIA Beauty, Inc. ("TRIA") to counsel for Radiancy, with the latest email in the chain dated January 4, 2012.

4. Attached as Exhibit 2 is a true and correct copy of an email from counsel for Radiancy to counsel for TRIA, dated December 22, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 9, 2012 at New York, New York.

  /s/ Brendan J. O'Rourke
Brendan J. O'Rourke