# EXHIBIT 2

**Warshafsky, Jeffrey H.**

| | |
|---|---|
| **From:** | O'Rourke, Brendan J. |
| **Sent:** | Thursday, December 22, 2011 10:23 AM |
| **To:** | 'Brody, Peter M.'; Rachlin, Paul I. |
| **Cc:** | DiBella, Dolores F.; Loughery, Victoria L.; 'Roberts, Alexandra'; 'Goetz, Mariel'; 'Michael J. Kump'; 'Laura D. Castner'; Neuman, Kristin H. |
| **Subject:** | RE: RE:Scheduling |

Peter,
   (because our call today concerns scheduling, it occurs to me that we ought to at least invite Michael and Laura to join in the event they may want to weigh in on scheduling from their client's perspective, so I have copied them here). If they can't make it due to the last minute nature of the invite, I will assume you will bring them up to speed on anything we arrange.
    In advance of our call today, we would appreciate knowing the status of your document production. In our earlier discussions you had estimated that you would be serving approximately 110,000 documents. To date we have received approximately 70,000.  Will there be any further productions, and, if so, please let us know approximately how many and by when? Thanks.
    For our part, we are nearing the end of our production efforts and anticipate production of approximately 8000 more documents and are shooting to get them to you by the end of next week.
   We look forward to our call today at 12:30pm.
Best regards,
Brendan


**Brendan J. O'Rourke**
Partner

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.-3120
f  212.969.2900
borourke@proskauer.com

---

**From:** Brody, Peter M. [mailto:Peter.Brody@ropesgray.com]
**Sent:** Tuesday, December 20, 2011 5:26 PM
**To:** O'Rourke, Brendan J.; Rachlin, Paul I.
**Cc:** DiBella, Dolores F.; Loughery, Victoria L.; Roberts, Alexandra; Goetz, Mariel
**Subject:** RE: RE:Scheduling

Ok.  We can use my conference line:  1-888-352-5988, passcode # 2025084612.  Talk to you then.


**Peter M. Brody**
**ROPES & GRAY LLP**
T +1 202 508 4612 | M +1 301 379 1783 | F +1 202 383 7777
One Metro Center, 700 12th Street, NW, Suite 900
Washington, DC 20005-3948
peter.brody@ropesgray.com
www.ropesgray.com

Circular 230 Disclosure (R&G): To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** O'Rourke, Brendan J. [mailto:BOrourke@proskauer.com]
**Sent:** Tuesday, December 20, 2011 3:55 PM
**To:** Brody, Peter M.; Rachlin, Paul I.
**Cc:** DiBella, Dolores F.; Loughery, Victoria L.; Roberts, Alexandra; Goetz, Mariel
**Subject:** RE:Scheduling

I can't do it then but could do 12:30pm

**Brendan J. O'Rourke**
Partner

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.-3120
f  212.969.2900
borourke@proskauer.com

---

**From:** Brody, Peter M. [mailto:Peter.Brody@ropesgray.com]
**Sent:** Tuesday, December 20, 2011 3:31 PM
**To:** O'Rourke, Brendan J.; Rachlin, Paul I.
**Cc:** DiBella, Dolores F.; Loughery, Victoria L.; Roberts, Alexandra; Goetz, Mariel
**Subject:** RE: Scheduling

Brendan –

Thursday's pushing it, but if that's the soonest you can do it, so be it.  How does 10:30 work?

Regards,
Peter


Peter M. Brody
**ROPES & GRAY LLP**
T +1 202 508 4612 | M +1 301 379 1783 | F +1 202 383 7777
One Metro Center, 700 12th Street, NW, Suite 900
Washington, DC 20005-3948
peter.brody@ropesgray.com
www.ropesgray.com

***********************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

***********************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

===============================================================================================