```
ROPES & GRAY LLP
THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: 415.315.6300
Facsimile: 415.315.6350

ROPES & GRAY LLP
PETER M. BRODY (pro hac vice)
   peter.brody@ropesgray.com
MARIEL GOETZ (pro hac vice)
   mariel.goetz@ropesgray.com
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: 202.508.4612
Facsimile: 202.383.7777

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
   mkump@kwikalaw.com
LAURA D CASTNER (SBN 172362)
   lcastner@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Counterclaim Defendant
KIMBERLY KARDASHIAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,      Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,      Defendant.<br>_____<br>RADIANCY, INC.,   Counterclaim Plaintiff,<br><br>vs.<br><br>TRIA BEAUTY, INC.,   Counterclaim Defendant, and<br><br>KIMBERLY KARDASHIAN,<br>             Counterclaim Defendant. | Case No. CV-10-5030 RS<br>Honorable Richard Seeborg<br><br>**DECLARATION OF LAURA D. CASTNER IN SUPPORT OF KIMBERLY KARDASHIAN'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 10, 2012<br>Time: 1:30 p.m.<br>Crtm.: No. 3, 17th Floor |

## DECLARATION OF LAURA D. CASTNER

I, Laura D. Castner, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am Of Counsel to Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Counterclaim-Defendant Kimberly Kardashian. If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

2. Attached hereto as **Composite Exhibit A** are true and correct copies of excerpts from the deposition transcript of Kimberly Kardashian, taken on January 18, 2012, and a true and correct copy of a letter dated March 8, 2012 from me to Brendan O'Rourke, counsel for Radiancy, Inc., listing Ms. Kardashian's errata to her deposition and enclosing her signature page. Ms. Kardashian is waiving the confidentiality designation as to the attached pages of the deposition transcript.

3. Attached hereto as **Exhibit B** are true and correct copies of excerpts from the deposition transcript of Dolev Rafaeli, taken on January 25, 2012. Radiancy has waived the confidentiality designation as to the attached pages of the deposition transcript.

4. Attached hereto as **Exhibit C** is a true and correct copy of this Court's Order dated September 6, 2011.

5. Attached hereto as **Exhibit D** is a true and correct excerpt from Radiancy, Inc.s' First Set of Interrogatories to Ms. Kardashian, dated October 13, 2011.

6. Attached hereto as **Exhibit E** is a true and correct excerpt from Kimberly Kardashian's verified responses to Radiancy, Inc.'s First Set of Interrogatories, dated December 19, 2011.

7. Attached hereto as **Exhibit F** is a true and correct copy of Radiancy, Inc.'s Amended Initial Disclosures pursuant to Fed. R. Civ. P. 26(a), dated February 16, 2012.

CASTNER DECLARATION IN SUPPORT OF KARDASHIAN MOTION FOR SUMMARY JUDGMENT

8. Attached hereto as **Exhibit G** is a true and correct copy of a page which I printed on March 28, 2012 from the www.trytrialaser.com website, http://www.trytrialaser.com/whytria.htm.

9. Attached hereto as **Exhibit H** is a true and correct copy of an email chain dated December 10-13, 2010, between Elizabeth Campos of Boulevard Management, Ms. Kardashian's management company, Mark Rothman of Platinum Rye Entertainment, Dennis Roach (Ms. Kardashian's attorney), Megan Driscoll of Behrman Communications (plaintiff TRIA, Inc.'s public relations company), Lisandra DuFort (the former assistant to Ms. Kardashian's mother and manager, Kris Jenner), and others, which was produced on behalf of Ms. Kardashian in this action and bears Bates numbers K00427-K00428. Ms. Kardashian is waiving the confidentiality designation as to the attached document.

10. Attached hereto as **Exhibit I** is a true and correct copy of an email dated October 12, 2010, from Mark Rothman of Platinum Rye Entertainment to Lindsay May and Kris Jenner, with a copy to Lisandra DuFort (Mrs. Jenner's assistant), which was produced on behalf of Ms. Kardashian in this action and bears Bates numbers K00497-K00498. Ms. Kardashian is waiving the confidentiality designation as to the attached document.

11. Attached hereto as **Exhibit J** is a true and correct copy of the product instructions for the TRIA Beauty Laser Hair Removal System, which were produced by TRIA in discovery in this action, with Bates numbers TBI-00364298 – TBI-00364324. TRIA has waived the confidentiality designation as to the attached document.

12. Attached hereto as **Exhibit K** is a true and correct copy of a study of the original TRIA Beauty Laser Hair Removal System, entitled "Simulated Consumer Use of a Battery-Powered, Hand-Held, Portable Diode Laser (810 nm) for Hair Removal: A Safety, Efficacy and Ease-of–Use Study," by Professor Ronald G. Wheeland of the University of Missouri-Columbia, published in 2007 in

CASTNER DECLARATION IN SUPPORT OF KARDASHIAN MOTION FOR SUMMARY JUDGMENT

39 *Lasers in Surgery and Medicine,* 476-493.  The study was produced by TRIA in discovery in this action, with Bates numbers TBI-00145456 - TBI-00145473.  TRIA has waived the confidentiality designation as to the attached document.

13. Radiancy has not produced any consumer survey or served any expert report regarding consumer perception of Ms. Kardashian's statements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 5, 2012, at Santa Monica, California.

_____
Laura D. Castner

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

4
CV-10-5030 RS
CASTNER DECLARATION IN SUPPORT OF KARDASHIAN MOTION FOR SUMMARY JUDGMENT