Brendan J. O'Rourke*
borourke@proskauer.com
Jennifer L. Jones*
jljones@proskauer.com
Victoria L. Loughery*
vloughery@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant-
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>        Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,<br>        Defendant.<br><br>RADIANCY, INC.,<br>        Counterclaim Plaintiff,<br><br>vs.<br><br>TRIA BEAUTY, INC.,<br>        Counterclaim Defendant,<br><br>and<br><br>KIMBERLY KARDASHIAN,<br>        Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**PROOF OF SERVICE** |

I declare that: I am employed in the County of New York, New York. I am over the age of eighteen years and not a party to the within cause; my business address is Eleven Times Square, New York, NY 10036.

On April 5, 2012, I served the foregoing documents described as:

See attached

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Peter M. Brody | Michael J. Kump |
| Ropes & Gray LLP | Laura D. Castner |
| One Metro Center | Kinsella Weitzman Iser Kump |
| 700 12th St., NW | & Aldisert LLP |
| Suite 900 | 808 Wilshire Boulevard, 3rd Floor |
| Washington, DC0 20005-3948 | Santa Monica, CA 90401 |

☐ If By Email: By transmitting a true and correct copy thereof via electronic facsimile transmission to the above/below listed email address.

☒ By Federal Express: I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at New York, NY and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 5, 2012, at New York, New York.

_Ryan Pifer_
Type or Print Name

_[signature]_
Signature

PROOF OF SERVICE                                                                 .No. 10-CV-5030 RS (NJV)

## DOCUMENTS SERVED

1. Memorandum of Points and Authorities in Support of Radiancy, Inc.'s Motion for Partial Summary Judgment – SEALED;

2. Memorandum of Points and Authorities in Support of Radiancy, Inc.'s Motion for Partial Summary Judgment – PUBLIC VERSION;

3. Declaration of Victoria L. Loughery in Support of Radiancy, Inc.'s Motion for Partial Summary Judgment – SEALED;

4. Declaration of Victoria L. Loughery in Support of Radiancy, Inc.'s Motion for Partial Summary Judgment – PUBLIC VERSION;

5. Manual Filing Notification

PROOF OF SERVICE                                                                                      .No. 10-CV-5030 RS (NJV)