1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RADIANCY, INC., <br><br> Defendant. | Case No. 10-5030 RS <br><br> **TRIA BEAUTY INC.'S REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** <br><br> Date: April 12, 2012 <br> Time: 10 a.m. <br> Courtroom: 3 |
| RADIANCY, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> TRIA BEAUTY, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> KIMBERLY KARDASHIAN, <br><br> Counterclaim Defendant. | |

1 | Ropes & Gray represents Plaintiff TRIA Beauty, Inc. ("TRIA") in the above-captioned
2 | matter. A Case Management Conference is scheduled before the Honorable Richard Seeborg on
3 | Thursday, April 12, 2012 at 10 a.m. Pursuant to Local Rule 16-10(a) and Judge Seeborg's
4 | Standing Order Re: Initial Case Management, we respectfully request to participate
5 | telephonically in the Case Management Conference on April 12, 2012. Defendant Radiancy,
6 | Inc. and Counterclaim-defendant Kimberly Kardashian do not object to TRIA's request to
7 | participate by telephone.

Respectfully submitted,

Ropes & Gray LLP

April 5, 2012   By */s/ Alexandra J. Roberts*
Alexandra J. Roberts
alexandra.roberts@ropesgray.com
ROPES & GRAY LLP

Attorneys for Plaintiff/Counter-defendant
TRIA BEAUTY, INC.

IT IS SO ORDERED.

Dated: _____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE