**\*E-Filed 4/6/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIA BEAUTY, INC., | No. C 10-05030 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| RADIANCY, INC, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of one or more of the parties, the Case Management Conference scheduled for April 12, 2012 shall be conducted by telephone. All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference to arrange their participation.

Dated:4/6/12

For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLERK'S NOTICE
No. C