1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

SAN FRANCISCO DIVISION

4

5

6

TRIA BEAUTY, INC.,
               Plaintiff,

CASE NO. CV-10-5030 (RS) (NJV)

7

     vs.

8

RADIANCY, INC.,
          Defendant.

[PROPOSED] **ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF CASE MANAGEMENT SCHEDULING ORDER**

9

10

RADIANCY, INC.,
        Counterclaim Plaintiff,

11

     vs.

12

13

TRIA BEAUTY, INC.,
        Counterclaim Defendant,

14

   and

15

KIMBERLY KARDASHIAN,
        Counterclaim Defendant.

16

17

    Having considered the parties' stipulation and good cause appearing therefor, the Case

18

Management Scheduling Order filed March 1, 2012 is modified as follows:

19

20

| | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off | 2/17/12 | No Change |
| Expert disclosures and reports on any liability issue as to which a party has the burden of proof | 3/13/12 | No Change |
| Rebuttal expert disclosures and reports on any liability issue as to which a party has the burden of proof | 4/3/12 | See below† |
| Expert disclosures and reports on any damages issue as to which a party has the burden of proof | 3/28/12 | 3/30/12 |

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| Rebuttal expert disclosures and reports on any damages issue as to which a party has the burden of proof | 4/18/12 | 4/20/12 |
| Expert discovery cut-off | 4/6/12 | See below† |
| Motions to compel expert discovery | 4/10/12 | See below† |
| Case management conference | 4/12/12 | No Change |
| Hearings on pretrial motions | No later than 5/10/12 | No Change |
| Joint pretrial statement | 6/29/12 | No Change |
| Pretrial conference | 7/12/12 | No Change |
| Trial begins | 7/23/12 | No Change |

†The schedule for rebuttal reports on liability issues is set as follows: Radiancy's rebuttal expert disclosures and reports to TRIA's expert reports on liability issues will be due April 6, 2012, except that Radiancy's rebuttal expert disclosures and reports to the expert report of Itamar Simonson will be due April 11, 2012, and, if Radiancy obtains a rebuttal report from Dr. James Spencer to TRIA's expert report of Dr. Brian Biesman, then Dr. Spencer's rebuttal report to Dr. Biesman's report will be due April 20, 2012.  TRIA's rebuttal expert disclosures and reports to Radiancy's expert report on liability issues will be due April 9, 2012.  The parties will revisit modification of the expert discovery cut-off (including motions to compel expert discovery) after all expert reports have been exchanged.  The period for non-expert discovery shall be reopened for the purposes previously agreed upon by the parties. (*See* Dkt # 104).

IT IS SO ORDERED.

Dated: __4/9/12__          _____

                          Hon. Richard Seeborg
                          United States District Judge

2