UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:** 4/12/12  **Time in Court: 15 min.**

**Case No.:** C 10-05030 RS

**Case Title:** Tria Beauty, Inc., v. Radiancy, Inc.

**Appearances:**

For Plaintiff(s): Peter Brody, Mariel Goetz - Telephonic

For Defendant(s): Michael Kump, Brendan O'Rourke - Telephonic

**Deputy Clerk:** Corinne Lew    **Court Reporter:** Not Reported

## PROCEEDINGS

Further Case Management Conference Held by Telephone.

## SUMMARY

Jury trial scheduled for 7/23/12 at 8:30 a.m.; Pretrial Conference scheduled for 7/12/12 at 10:00 a.m.