| | |
|---|---|
| 1 | THAD A. DAVIS (CSB # 220503) |
|   | thad.davis@ropesgray.com |
| 2 | ROPES & GRAY LLP |
|   | Three Embarcadero Center |
| 3 | San Francisco, California 94111-4006 |
|   | Telephone:  (415) 315 6300 |
| 4 | Facsimile:  (415) 315 6350 |
| 5 | PETER M. BRODY *(pro hac vice)* |
|   | peter.brody@ropesgray.com |
| 6 | MARIEL GOETZ *(pro hac vice)* |
|   | mariel.goetz@ropesgray.com |
| 7 | ALEXANDRA J. ROBERTS *(pro hac vice)* |
|   | alexandra.roberts@ropesgray.com |
| 8 | ROPES & GRAY LLP |
|   | One Metro Center |
| 9 | 700 12th Street, NW, Suite 900 |
|   | Washington, DC 20005-3948 |
| 10 | Telephone:  (202) 508 4600 |
|   | Facsimile:  (202) 508 4650 |
| 11 | |
|   | Attorneys for Plaintiff and Counter-Defendant |
| 12 | TRIA BEAUTY, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIA BEAUTY, INC., | Case No. 10-cv-05030-RS (NJV) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART DEFENDANT-COUNTERCLAIM PLAINTIFF RADIANCY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| v. | |
| RADIANCY, INC., | |
| Defendant, | |
| | |
| RADIANCY, INC., | Judge: Hon. Richard Seeborg |
| Counter-claimant | |
| v. | Hearing Date: May 10, 2012 |
| TRIA BEAUTY, INC., | Time:            1:30 p.m. |
| Counter-defendant, | Courtroom:   3 |
| and | |
| KIMBERLY KARDASHIAN, | |
| Counter-defendant | |

Having considered defendant-counterclaim plaintiff Radiancy, Inc.'s ("Radiancy") Motion for Administrative Relief Pursuant to Civil Local Rules 7-11 and 79-5 to File Certain Materials Under Seal (Docket Entry 118) (the "Motion to Seal") and plaintiff-counterclaim defendant TRIA Beauty, Inc.'s ("TRIA") Declaration in Response to the Motion to Seal, seeking to seal certain exhibits to the Declaration of Victoria L. Loughery in Support of Defendant-Counterclaim Plaintiff Radiancy, Inc.'s Motion for Partial Summary Judgment ("Loughery Declaration"), and certain portions of Radiancy's Memorandum of Points and Authorities in Support of Radiancy, Inc.'s Motion for Partial Summary Judgment ("Memorandum"), and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant-Counterclaim Plaintiff Radiancy, Inc.'s Motion to Seal be GRANTED in part and that the following documents be filed under seal:

Exhibits 5, 6, 8, 12-15, 18, 21, 27-29, and 36 to the Loughery Declaration

Lines 10:4-8, 10:15-18, 10:20-11:11, 15:13-22, 15:25-16:6, and 16:25-17:3 of the Memorandum

**IT IS SO ORDERED.**

Date:_____, 2012

_____
HONORABLE RICHARD SEEBORG
JUDGE OF THE U.S. DISTRICT COURT

[PROPOSED] ORDER GRANTING IN PART RADIANCY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL
Case No. 10-cv-05030-RS

1