1  Brendan J. O'Rourke*
   *borourke@proskauer.com*
2  Jennifer L. Jones*
   *jljones@proskauer.com*
3  Victoria L. Loughery*
   *vloughery@proskauer.com*
4  PROSKAUER ROSE LLP
   Eleven Times Square
5  New York, NY 10036
   Phone: (212) 969-3000
6  Facsimile: (212) 969-2900
   * Admitted *Pro Hac Vice*
7
   Robert H. Horn (SBN #134710)
8  *rhorn@proskauer.com*
   PROSKAUER ROSE LLP
9  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
10 Phone:    (310) 557-2900
   Facsimile: (310) 557-2193
11
   Attorneys For Defendant-
12 Counterclaim Plaintiff Radiancy, Inc.

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 | TRIA BEAUTY, INC.,                | CASE NO. CV-10-5030 (RS) (NJV)
18 |         Plaintiff,                |
19 |     vs.                           | **CERTIFICATE OF SERVICE**
20 | RADIANCY, INC.,                   |
   |         Defendant.                |
21 |                                   |
22 | RADIANCY, INC.,                   |
   |         Counterclaim Plaintiff,   |
23 |                                   |
   |     vs.                           |
24 |                                   |
   | TRIA BEAUTY, INC.,                |
25 |         Counterclaim Defendant,   |
26 |     and                           |
27 | KIMBERLY KARDASHIAN,              |
   |         Counterclaim Defendant.   |
28

1  I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

2  On April 19, 2012, I served the foregoing documents described as:

See attached

☒ by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

| Peter M. Brody | Michael J. Kump |
| Ropes & Gray LLP | Laura D. Castner |
| Prudential Tower | Kinsella Weitzman Iser Kump |
| 800 Boylston Street | & Aldisert LLP |
| Boston, MA 02199-3600 | 808 Wilshire Boulevard, 3rd Floor |
| | Santa Monica, CA 90401 |

☐ If By Email: By transmitting a true and correct copy thereof via electronic facsimile transmission to the above/below listed email address.

☐ By U.S. Mail: I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

☒ (By Next-Day Delivery Service) By causing such envelope to be delivered to the office of the addressee by overnight delivery via FedEx or by other similar overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 19, 2012, at Los Angeles, California.

S. MICHIKO KONDO
Type or Print Name                         Signature

CERTIFICATE OF SERVICE                                        .No. 10-CV-5030 RS (NJV)

DOCUMENTS SERVED

1. RADIANCY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO KIMBERLY KARDASHIAN'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT  [UNDER SEAL];

2. RADIANCY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO KIMBERLY KARDASHIAN'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT [REDACTED];

3. DECLARATION OF VICTORIA L. LOUGHERY IN SUPPORT OF RADIANCY, INC.'S OPPOSITION TO KIMBERLY KARDASHIAN'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT  [UNDER SEAL];

4. DECLARATION OF VICTORIA L. LOUGHERY IN SUPPORT OF RADIANCY, INC.'S OPPOSITION TO KIMBERLY KARDASHIAN'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT [REDACTED];

5. MANUAL FILING NOTIFICATION AND CD CONTAINING EXHIBITS 1-3 TO THE DECLARATION OF VICTORIA L. LOUGHERY