| | |
|---|---|
| 1 | Thad A. Davis (CSB # 220503) |
|  | thad.davis@ropesgray.com |
| 2 | ROPES & GRAY LLP |
|  | Three Embarcadero Center |
| 3 | San Francisco, California 94111-4006 |
|  | Telephone:    (415) 315 6300 |
| 4 | Facsimile:    (415) 315 6350 |

Peter M. Brody (*pro hac vice*)
 peter.brody@ropesgray.com
Mariel Goetz (*pro hac vice*)
 mariel.goetz@ropesgray.com
Alexandra J. Roberts (*pro hac vice*)
 alexandra.roberts@ropesgray.com
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone:    (202) 508 4600
Facsimile:    (202) 508 4650

Attorneys for Plaintiff and Counter-Defendant
TRIA BEAUTY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., | ) |
|     Plaintiff, | ) Case No. 10-cv-05030-RS (NJV) |
| v. | ) **[PROPOSED] ORDER DENYING** |
| RADIANCY, INC., | ) **RADIANCY'S MOTION FOR PARTIAL** |
|     Defendant. | ) **SUMMARY JUDGMENT** |
| RADIANCY, INC., | ) |
|     Counter-claimant | ) |
| v. | ) |
| TRIA BEAUTY, INC., | ) |
|     Counter-defendant, | ) |
|     and | ) |
| KIMBERLY KARDASHIAN, | ) |
|     Counter-defendant | ) |

Having considered Plaintiff-counterclaim Defendant TRIA Beauty, Inc.'s Opposition to Radiancy's Motion for Partial Summary Judgment and good cause appearing therefore,

IT IS HEREBY ORDERED that Radiancy's Motion is DENIED in its entirety.

**IT IS SO ORDERED.**

Date:_____, 2012

_____
HONORABLE RICHARD SEEBORG
JUDGE OF THE U.S. DISTRICT COURT