| | |
|---|---|
| 1 | Thad A. Davis (CSB # 220503) |
| | thad.davis@ropesgray.com |
| 2 | ROPES & GRAY LLP |
| | Three Embarcadero Center |
| 3 | San Francisco, California 94111-4006 |
| | Telephone: (415) 315 6300 |
| 4 | Facsimile: (415) 315 6350 |
| 5 | Peter M. Brody (*pro hac vice*) |
| | peter.brody@ropesgray.com |
| 6 | Mariel Goetz (*pro hac vice*) |
| | mariel.goetz@ropesgray.com |
| 7 | Alexandra J. Roberts (*pro hac vice*) |
| | alexandra.roberts@ropesgray.com |
| 8 | ROPES & GRAY LLP |
| | One Metro Center |
| 9 | 700 12th Street, NW, Suite 900 |
| | Washington, DC 20005-3948 |
| 10 | Telephone: (202) 508 4600 |
| | Facsimile: (202) 508 4650 |
| 11 | |
| | Attorneys for Plaintiff and Counter-Defendant |
| 12 | TRIA BEAUTY, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| TRIA BEAUTY, INC., | ) | Case No. 10-cv-05030-RS (NJV) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| RADIANCY, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| RADIANCY, INC., | ) | |
| Counter-claimant | ) | |
| v. | ) | |
| TRIA BEAUTY, INC., | ) | |
| Counter-defendant, | ) | |
| and | ) | |
| KIMBERLY KARDASHIAN, | ) | |
| Counter-defendant | ) | |

1    I certify that on April 19, 2012, I served on Defendant and Counter-claimant
2  RADIANCY, INC. the following:
3    1.   PLAINTIFF/COUNTER-DEFENDANT TRIA BEAUTY, INC.'S OPPOSITION TO RADIANCY'S MOTION FOR PARTIAL SUMMARY JUDGMENT; and
4
5    2.   DECLARATION OF ALEXANDRA J. ROBERTS IN SUPPORT OF TRIA'S OPPOSITION TO RADIANCY'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

☒   By causing ☐ the original ☒ true copies thereof to be delivered to:

Brendan J. O'Rourke
*borourke@proskauer.com*
Jennifer L Jones·
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
• Admitted *Pro Hac Vice*

Robert H. Horn (SBN #1347 10)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206

☒   By Email: By transmitting a true and correct copy thereof via electronic transmission to the above listed email address.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2012 in Boston, Massachusetts.

By: _____
Alexandra J. Roberts