ROPES & GRAY LLP
THAD A. DAVIS (SBN 220503)
  thad.davis@ropesgray.com
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: 415.315.6300
Facsimile: 415.315.6350

ROPES & GRAY LLP
PETER M. BRODY (*pro hac vice*)
  peter.brody@ropesgray.com
MARIEL GOETZ (pro hac vice)
  Mariel.goetz@ropesgray.com
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: 202.508.4612
Facsimile: 202.383.7777

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
LAURA D CASTNER (SBN 172362)
  lcastner@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Counter-defendant
KIMBERLY KARDASHIAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., <br> Plaintiff, <br> vs. <br> RADIANCY, INC., <br> Defendant. | Case No. CV-10-5030 RS (NJV) <br> Honorable Richard Seeborg <br><br> **PROOF OF SERVICE** <br><br> Date: May 10, 2012 <br> Time: 1:30 p.m. <br> Crrm: No. 3, 17th Floor |
| RADIANCY, INC., <br> Counter-claimant, <br> vs. <br> TRIA BEAUTY, INC., <br> Counter-defendant, <br> and <br> KIMBERLY KARDASHIAN, <br> Counter-defendant. | |

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On April 26, 2012, I served the original of the following document(s) described as **MANUAL FILING NOTIFICATION CD CONTAINING EXHIBIT N TO THE DECLARATION OF LAURA D. CASTNER FILED IN REPLY TO RADIANCY, INC.'S OPPOSITION TO KIMBERLY KARDASHIAN'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the above-described document(s) to be sent from e-mail address choffman@kwikalaw.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by an overnight courier service and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 26, 2012, at Santa Monica, California.

_Candace Hoffman_
Candace Hoffman

## SERVICE LIST

| | |
|---|---|
| Robert H. Horn<br>PROSKAUER ROSE LLP<br>2049 Century Park East<br>32nd Floor<br>Los Angeles, CA 90067-3206<br>Phone: (310) 557-2900<br>Fax: (310) 557-2193<br>rhorn@proskauer.com | Brendan J. O'Rourke<br>Victoria L. Loughery<br>Jennifer L. Jones<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Phone: (212) 969-3000<br>Fax: (212) 969-2900<br>borourke@proskauer.com<br>vloughery@proskauer.com<br>jljones@proskauer.com |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850