1
2
3
4
5
6
7
8
9
10
11

THAD A. DAVIS (CSB # 220503)
 thad.davis@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

PETER M. BRODY (*pro hac vice*)
 peter.brody@ropesgray.com
MARIEL GOETZ (*pro hac vice*)
 mariel.goetz@ropesgray.com
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4612
Facsimile: (202) 383-7777

Attorneys for Plaintiff and Counter-defendant
TRIA BEAUTY, INC.

12    **UNITED STATES DISTRICT COURT**

13    **NORTHERN DISTRICT OF CALIFORNIA**

14    **SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| TRIA BEAUTY, INC., | Case No. 10-cv-05030-RS (NJV) |
| Plaintiff, | **JOINDER OF TRIA BEAUTY, INC. IN** |
| v. | **KIMBERLY KARDASHIAN'S MOTION** |
| RADIANCY, INC., | **FOR SUMMARY JUDGMENT, OR IN** |
| Defendant, | **THE ALTERNATIVE PARTIAL** |
|  | **SUMMARY JUDGMENT** |
| RADIANCY, INC., | |
| Counter-claimant | |
| v. | |
| TRIA BEAUTY, INC., | |
| Counter-defendant, | |
| and | |
| KIMBERLY KARDASHIAN, | |
| Counter-defendant | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRIA Beauty, Inc. joins in Ms. Kardashian's Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, for all the reasons Ms. Kardashian states in her moving papers (D.I. 115, 116, 117) and reply papers (D.I. 138, 139).

Respectfully submitted,

April 26, 2012                                    */s/ Peter M. Brody*
                                                    By:  Peter M. Brody
                                                    peter.brody@ropesgray.com

                                                    ROPES & GRAY LLP
                                                    Attorneys for Plaintiff and Counter-defendant
                                                    TRIA BEAUTY, INC.