Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted Pro Hac Vice

Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant-
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>    Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,<br>    Defendant.<br><hr>RADIANCY, INC.,<br>    Counterclaim Plaintiff,<br><br>vs.<br><br>TRIA BEAUTY, INC.,<br>    Counterclaim Defendant,<br><br>and<br><br>KIMBERLY KARDASHIAN,<br>    Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**DEFENDANT-COUNTERCLAIM PLAINTIFF RADIANCY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE AN AFFIDAVIT EXHIBIT AND PORTIONS OF RADIANCY, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg<br><br>Trial Date: July 23, 2012 |

TO THE HONORABLE RICHARD SEEBORG AND PLAINTIFF-COUNTERCLAIM DEFENDANT TRIA BEAUTY, INC. AND ITS ATTORNEYS OF RECORD:

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant-Counterclaim Plaintiff Radiancy, Inc. ("Radiancy") moves the Court to file under seal an Exhibit to the Reply Affidavit of Haley B. Heyer in Further Support of Defendant-Counterclaim Plaintiff Radiancy, Inc.'s Motion for Partial Summary Judgment (the "Heyer Affidavit") and portions of Radiancy's Reply Memorandum of Points and Authorities in Further Support of Its Motion for Partial Summary Judgment (the "Memorandum").  Radiancy files this motion in compliance with paragraph 18 of the Protective Order in this matter (Dk. No. 85) (the "Protective Order"), Civ. L. R. 79(d), and in a good faith effort to maintain the confidentiality of material designated as "Confidential" and "Attorneys Eyes Only" by Plaintiff-Counterclaim Defendant TRIA Beauty, Inc. ("TRIA").

**Description of Documents Submitted Under Seal**

TRIA has designated Exhibit 1 to the Heyer Affidavit "Confidential."  Radiancy's Memorandum also contains excerpts from and discussions of documents that TRIA has designated "Confidential Attorneys' Eyes Only" or "Confidential."  Accordingly, Radiancy submits Exhibit 1 to the Heyer Affidavit and the Memorandum for filing under seal pursuant to Civil Local Rules 79-5(d).

In accordance with Rule 79-5(c)(3), Radiancy is lodging with the Clerk a copy of Exhibit 1 to the Heyer Affidavit and the Memorandum, which contains the sealable portions of the document highlighted within the text for filing under seal.

1

RADIANCY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE AN AFFIDAVIT EXHIBIT AND PORTIONS OF RADIANCY, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL –  Case No. 10-CV-5030 RS (NJV)

**Conclusion**

Based on the foregoing, Radiancy respectfully requests that the aforementioned documents be filed under seal, and the redacted versions of such documents to be filed in the public record.

Dated: April 26, 2012

Respectfully submitted,

PROSKAUER ROSE LLP

_____
Robert H. Horn
Brendan J. O'Rourke*
Alexander Kaplan*
Jennifer L. Jones*
Victoria L. Loughery*

Attorneys for Defendant-Counterclaim Plaintiff Radiancy, Inc.
*Admitted pro hac vice

2

RADIANCY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE AN AFFIDAVIT EXHIBIT AND PORTIONS OF RADIANCY, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL – Case No. 10-CV-5030 RS (NJV)