Brendan J. O'Rourke*
*borourke@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant-
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>　　　　Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,<br>　　　　Defendant.<br>_____<br>RADIANCY, INC.,<br>　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>TRIA BEAUTY, INC.,<br>　　　　Counterclaim Defendant,<br><br>　and<br><br>KIMBERLY KARDASHIAN,<br>　　　　Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**PROOF OF SERVICE** |

I declare that: I am employed in the County of New York, New York. I am over the age of eighteen years and not a party to the within cause; my business address is Eleven Times Square, New York, NY 10036.

On April 26, 2012, I served the foregoing documents described as:

See attached

☒  by placing ☐ the original ☒ true copies thereof to be delivered to:

| | |
|---|---|
| Peter M. Brody | Michael J. Kump |
| Ropes & Gray LLP | Laura D. Castner |
| One Metro Center | Kinsella Weitzman Iser Kump & Aldisert LLP |
| 700 12th St., NW | 808 Wilshire Boulevard, 3rd Floor |
| Suite 900 | Santa Monica, CA 90401 |
| Washington, DC 20005-3948 | |
| | MKump@kwikalaw.com |
| Peter.Brody@ropesgray.com | |
| | LCastner@kwikalaw.com |

☐  By Email: By transmitting a true and correct copy thereof via electronic transmission to the above listed email addresses; and,

☒  By Federal Express: By placing a true and correct copy in a sealed envelope addressed to the above listed addresses. I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at New York, NY and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on April 26, 2012, at New York, New York.

_____          _____
Ryan K. Pifer                                                      Signature
Type or Print Name

PROOF OF SERVICE                                                   .No. 10-CV-5030 RS (NJV)

## DOCUMENTS SERVED

1. Radiancy, Inc.'s Reply Memorandum of Points and Authorities in Further Support of its Motion for Partial Summary Judgment – SEALED;

2. Radiancy, Inc.'s Reply Memorandum of Points and Authorities in Further Support of its Motion for Partial Summary Judgment – PUBLIC VERSION;

3. Reply Affidavit of Haley B. Heyer in Further Support of Radiancy, Inc.'s Motion for Partial Summary Judgment.

4. Declaration of Victoria L. Loughery On Behalf of Radiancy, Inc., In Response to TRIA Beauty's Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5.

5. [Proposed] Order Granting TRIA Beauty, Inc.'s Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5.