Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant and
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>       Plaintiff,<br>   vs.<br>RADIANCY, INC.,<br>       Defendant.<br><br>RADIANCY, INC.,<br>       Counterclaim Plaintiff,<br>   vs.<br>TRIA BEAUTY, INC.,<br>       Counterclaim Defendant,<br>   and<br>KIMBERLY KARDASHIAN,<br>       Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**RADIANCY, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>FILED CONCURRENTLY WITH:<br>(1) RADIANCY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;<br>(2) DECLARATION OF ALEXANDER KAPLAN IN SUPPORT OF RADIANCY'S MOTION FOR PARTIAL SUMMARY JUDGMENT;<br>(3) [PROPOSED] ORDER.<br><br>Date:         June 7, 2012<br>Time:         1:30 p.m.<br>Courtroom:  3 |

**TO PLAINTIFF-COUNTERCLAIM DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 7, 2012 at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 3 of the United States Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant-counterclaim plaintiff Radiancy, Inc. ("Radiancy"), by and through its attorneys, Proskauer Rose LLP, will, and hereby does, move this Court for an Order granting partial summary judgment as to certain of Radiancy's counterclaims against plaintiff-counterclaim defendant TRIA Beauty, Inc. ("TRIA").

This motion is made pursuant to Federal Rule 56 and Civil Local Rule 7-2, and is brought on the grounds that TRIA's claims for damages under the Lanham Act and Cal. Bus. & Prof. Code §§ 17200, *et seq.*, and 17500, *et seq.* all fail as a matter of law because there is no genuine issue of material fact that TRIA has not produced any competent evidence of injury, in substance or amount, caused by Radiancy concerning: (a) Radiancy's alleged false advertising of its hair removal device, the no!no! Hair; (b) Radiancy's alleged false advertising of its acne treatment device, the no!no! Skin; and (c) Radiancy's alleged trademark infringement regarding the term "TRIA" in Radiancy's keyword advertising.

This motion will be based upon this Notice, the attached Memorandum of Points and Authorities and Proposed Order, the Declaration of Alexander Kaplan in Support of the Motion and the exhibits annexed thereto, the Court's file herein, and such other argument and papers as the Court deems proper.

DATED: April 27, 2012

Brendan J. O'Rourke
Alexander Kaplan
Jennifer L. Jones
Victoria L. Loughery
Robert H. Horn

**PROSKAUER ROSE LLP**

By:  /s/ Robert H. Horn
         Robert H. Horn

*Attorneys for Defendant and Counterclaim-Plaintiff Radiancy, Inc.*

---