Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Phone:    (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant and
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>　　　　　Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,<br>　　　　　Defendant.<br><br>RADIANCY, INC.,<br>　　　　Counterclaim Plaintiff,<br>　　vs.<br>TRIA BEAUTY, INC.,<br>　　　Counterclaim Defendant,<br>　　and<br>KIMBERLY KARDASHIAN,<br>　　　Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-COUNTERCLAIM PLAINTIFF RADIANCY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　　June 7, 2012<br>Time:　　　　1:30 p.m.<br>Courtroom:　3 |

1

Having considered defendant-counterclaim plaintiff Radiancy, Inc.'s ("Radiancy") Motion for Partial Summary Judgment, and good cause appearing therefore,

IT IS HEREBY ORDERED that Radiancy's Motion is hereby GRANTED in its entirety.

IT IS SO ORDERED.

Dated: _____, 2012

_____
Hon. Richard Seeborg
United States District Judge