THAD A. DAVIS (CSB # 220503)
thad.davis@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-2329
Facsimile: (415) 315-4899

PETER M. BRODY (*pro hac vice*)
peter.brody@ropesgray.com
MARIEL GOETZ (*pro hac vice*)
mariel.goetz@ropesgray.com
ALEXANDRA J. ROBERTS (*pro hac vice*)
alexandra.roberts@ropesgray.com
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4612
Facsimile: (202) 383-7777

Attorneys for Plaintiff and Counterclaim Defendant
TRIA BEAUTY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    vs.<br><br>RADIANCY INC.,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>    and<br><br>KIMBERLY KARDASHIAN,<br><br>    Counterclaim Defendant. | Case No. 10-cv-05030-RS (NJV)<br>Honorable Judge Richard Seeborg<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sasha G. Rao (CSB # 244303) of ROPES & GRAY

1  LLP, 1900 University Avenue, 6th Floor, East Palo Alto, California 94303, hereby enters an
2  appearance in the above-captioned matter as counsel on behalf of Plaintiff and Counter-
3  defendant TRIA BEAUTY, INC.

                                      Respectfully submitted,

                                      Ropes & Gray LLP

April 30, 2012                      By  */s/ Sasha G. Rao*
                                      Sasha G. Rao
                                        sasha.rao@ropesgray.com
                                      ROPES & GRAY LLP

                                      Attorneys for Plaintiff/Counterclaim Defendant
                                      TRIA BEAUTY, INC.