United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,

       Plaintiff,

 v.

RADIANCY, INC,

       Defendant.

                                        /

No. C 10-05030 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The motion hearing (#115, #119) in the instant case scheduled for May 10, 2012 shall be continued to **June 7, 2012 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Dated: 5/1/12

For the Court,
RICHARD W. WIEKING, Clerk

By: *Corinne Lew*
Courtroom Deputy Clerk