UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>RADIANCY, INC.,<br>　　　　Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>[PROPOSED] **ORDER DENYING TRIA BEAUTY, INC.'S MOTION TO STRIKE RADIANCY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| RADIANCY, INC.,<br>　　　　Counterclaim Plaintiff,<br><br>　　vs.<br><br>TRIA BEAUTY, INC.,<br>　　　　Counterclaim Defendant,<br><br>　　and<br><br>KIMBERLY KARDASHIAN,<br>　　　　Counterclaim Defendant. | |

---

[PROPOSED] ORDER DENYING TRIA'S MOTION TO STRIKE RADIANCY'S MOTION FOR PARTIAL SUMMARY JUDGMENT – No. 10-CV-5030 RS (NJV)

Having considered Plaintiff TRIA Beauty, Inc.'s ("TRIA") Motion to Strike Radiancy, Inc.'s ("Radiancy") Motion for Partial Summary Judgment (the "Motion to Strike"), and the Memorandum in Opposition to the Motion to Strike filed by Defendant-Counterclaim Plaintiff Radiancy, and good cause appearing therefor,

IT IS HEREBY ORDERED that TRIA's Motion to Strike is hereby DENIED in its entirety.

IT IS SO ORDERED.

Dated: _____, 2012	_____
	Hon. Richard Seeborg
	United States District Judge

[PROPOSED] ORDER DENYING TRIA'S MOTION TO STRIKE RADIANCY'S MOTION FOR PARTIAL SUMMARY JUDGMENT – No. 10-CV-5030 RS (NJV)