IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.,

CASE NO. 10-cv-05030-RS (NJV)

Plaintiff,

v.

RADIANCY, INC.,

Defendant.

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Julia M. Lewis, whose business address and telephone number is

ROPES & GRAY LLP
700 12th Street, NW, Suite 900, Washington, DC 20005-3948
(202) 508-4600

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff TRIA BEAUTY, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 5/22/12

_____
United States District Judge