Clear Form

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.,

             Plaintiff,

  v.

RADIANCY, INC.,

             Defendant.

_____/

**CASE NO.** 10-cv-05030-RS (NJV)

~~**(Proposed)**~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Jacob M. Heller                   , whose business address and telephone number is

ROPES & GRAY LLP
800 Boylston Street, Boston MA 02199-3600
(617) 951-7000

and who is an active member in good standing of the bar of  the State of Massachusetts

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Plaintiff TRIA BEAUTY, INC.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  5/22/12

_____

United States  District      Judge

United States District Court
For the Northern District of California