Clear Form

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIA BEAUTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> RADIANCY, INC., <br><br> Defendant. | CASE NO. 10-cv-05030-RS (NJV) <br><br> **(Proposed)** <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** <br> *PRO HAC VICE* |

Haley B. Heyer, whose business address and telephone number is Proskauer Rose LLP, Eleven Times Square, New York, NY 10036; Tel: (212) 969-3000.

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Radiancy, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 5/23/12

_____
RICHARD SEEBORG
United States District Judge