**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIA BEAUTY, INC., )<br>        Plaintiff, )<br>   v. )<br>RADIANCY, INC., )<br>        Defendant. )<br>_____)<br>RADIANCY, INC., )<br>        Counter-claimant )<br>   v. )<br>TRIA BEAUTY, INC., )<br>        Counter-defendant, )<br>   and )<br>KIMBERLY KARDASHIAN, )<br>        Counter-defendant )<br>_____) | Case No. 10-cv-05030-RS (NJV)<br><br>**[PROPOSED] ORDER DENYING RADIANCY'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having considered Plaintiff-counterclaim Defendant TRIA Beauty, Inc.'s Opposition papers to Radiancy's Second Motion for Partial Summary Judgment (Dkt # 147) and good cause appearing therefore,

IT IS HEREBY ORDERED that Radiancy's Motion is DENIED in its entirety.

**IT IS SO ORDERED.**

Date:_____, 2012

_____
HONORABLE RICHARD SEEBORG
JUDGE OF THE U.S. DISTRICT COURT

**[PROPOSED] ORDER DENYING RADIANCY'S**
**SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**
**Case No. 10-cv-05030-RS (NJV)**