SASHA G. RAO (CSB # 244303)
  sasha.rao@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
+1 650 617 4000
+1 650 617 4090

PETER M. BRODY (*pro hac vice*)
  peter.brody@ropesgray.com
MARIEL GOETZ (*pro hac vice*)
  mariel.goetz@ropesgray.com
JACOB HELLER (*pro hac vice*)
  jacob.heller@ropesgray.com
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
+1 202 508 4600
+1 202 508 4650

Attorneys for Plaintiff and Counter-defendant
TRIA BEAUTY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., Plaintiff | Case No. 10-cv-05030-RS (NJV) |
| v. | **CERTIFICATE OF SERVICE** |
| RADIANCY, INC., Defendant, | |
| | |
| RADIANCY, INC., Counter-claimant | |
| v. | |
| TRIA BEAUTY, INC., Counter-defendant, | |
| and | |
| KIMBERLY KARDASHIAN, Counter-defendant | |

1      I hereby certify that on May 24, 2012, I served on defendant and counterclaimant the

2   following:

3          PLAINTIFF/COUNTER-DEFENDANT TRIA BEAUTY, INC.'S
           OPPOSITION TO RADIANCY'S SECOND MOTION FOR PARTIAL
4          SUMMARY JUDGMENT;

5          DECLARATION OF MARIEL GOETZ IN SUPPORT OF TRIA'S
           OPPOSITION TO RADIANCY'S SECOND MOTION FOR PARTIAL
6          SUMMARY JUDGMENT (EXHIBITS 6, 13-24, 36-94 UNDER SEAL);

7          DVD - EXHIBITS 1-5 TO DECLARATION OF MARIEL GOETZ IN
           SUPPORT OF TRIA'S OPPOSITION TO RADIANCY'S SECOND
8          MOTION FOR PARTIAL SUMMARY JUDGMENT
           (a true copy of this DVD to be transmitted by first class mail);
9
           EXPERT DECLARATION OF KRISTA F. HOLT IN SUPPORT OF
10         TRIA'S OPPOSITION TO RADIANCY'S SECOND MOTION FOR
           PARTIAL SUMMARY JUDGMENT;
11
           DECLARATION OF ITAMAR SIMONSON, PH.D. IN SUPPORT OF
12         TRIA'S OPPOSITION TO RADIANCY'S SECOND MOTION FOR
           PARTIAL SUMMARY JUDGMENT;
13
           DECLARATION OF KEVIN J. APPELBAUM IN SUPPORT OF
14         TRIA'S OPPOSITION TO RADIANCY'S SECOND MOTION FOR
           PARTIAL SUMMARY JUDGMENT.
15

16   by transmitting a true and correct copy thereof via electronic transmission to the email addresses

17   below:
           Brendan J. O'Rourke
18           _borourke@proskauer.com_
           Jennifer L Jones•
19           _jljones@proskauer.com_
           Victoria L. Loughery*
20           _vloughery@proskauer.com_
           PROSKAUER ROSE LLP
21         Eleven Times Square
           New York, NY 10036
22         • Admitted Pro Hac Vice

23
           Robert H. Horn (SBN #1347 10)
24           _rhorn@proskauer.com_
           PROSKAUER ROSE LLP
25         2049 Century Park East, 32nd Floor
           Los Angeles, CA 90067-3206
26
           Attorneys for Defendant and Counterclaimant Radiancy, Inc.
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I certify under penalty of perjury that the foregoing is true and correct.  Executed on

May 24, 2012, in Washington, District of Columbia.

MARIEL GOETZ