Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Telephone:   (212) 969-3000
Facsimile:   (212) 969-2900
* Admitted *pro hac vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendant and Counterclaim-Plaintiff
**Radiancy, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br><br>     Plaintiff,<br><br> vs.<br><br>RADIANCY, INC.,<br><br>     Defendant.<br><hr>RADIANCY, INC.,<br><br>    Counterclaim-Plaintiff,<br><br> vs.<br><br>TRIA BEAUTY, INC.,<br><br>    Counterclaim-Defendant. | Case No. CV-10-5030 RS<br><br>**RADIANCY, INC.'S SUPPLEMENTAL CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Honorable Richard Seeborg<br><br>Action Filed: November 5, 2010 |

TO THE CLERK OF THE ABOVE CAPTIONED ACTION:

Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Photomedex, Inc., which is the parent corporation of defendant-counterclaim plaintiff Radiancy, Inc.

DATED: May 31, 2012

Brendan J. O'Rourke
Robert H. Horn
Alexander Kaplan
Jennifer L. Jones
Victoria L. Loughery
PROSKAUER ROSE LLP

By:  /s/ Robert H. Horn.
     Robert H. Horn

Attorneys for Defendant and Counterclaim-Plaintiff, Radiancy, Inc.