1 | Brendan J. O'Rourke*
*borourke@proskauer.com*
2 | Alexander Kaplan*
*akaplan@proskauer.com*
3 | Jennifer L. Jones*
*jljones@proskauer.com*
4 | Victoria L. Loughery*
*vloughery@proskauer.com*
5 | PROSKAUER ROSE LLP
Eleven Times Square
6 | New York, New York 10036-8299
Telephone:   (212) 969-3000
7 | Facsimile:   (212) 969-2900
* Admitted *pro hac vice*

Robert H. Horn (SBN 134710)
9 | *rhorn@proskauer.com*
PROSKAUER ROSE LLP
10 | 2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
11 | Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendant and Counterclaim-Plaintiff
13 | **Radiancy, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., | Case No. CV-10-5030 RS |
| Plaintiff, | **RADIANCY, INC.'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT** |
| vs. | |
| RADIANCY, INC., | Honorable Richard Seeborg |
| Defendant. | Action Filed: November 5, 2010 |
| RADIANCY, INC., | |
| Counterclaim-Plaintiff, | |
| vs. | |
| TRIA BEAUTY, INC., | |
| Counterclaim-Defendant. | |

**SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant-counterclaim plaintiff Radiancy, Inc. ("Radiancy") hereby supplements the Rule 7.1 disclosure statement filed on December 28, 2010 and discloses as follows: Radiancy is organized and exists under the laws of Delaware. Radiancy is a wholly owned subsidiary of PhotoMedex, Inc., which is organized and exists under the laws of Delaware and is a publicly traded company. No publicly held corporation currently owns 10% or more of Photomedex stock.

DATED: May 31, 2012

Brendan J. O'Rourke
Robert H. Horn
Alexander Kaplan
Jennifer L. Jones
Victoria L. Loughery
PROSKAUER ROSE LLP

By: _____/s/ Robert H. Horn._____
Robert H. Horn

Attorneys for Defendant and Counterclaim-Plaintiff, Radiancy, Inc.

1

Radiancy, Inc.'s Supplemental Rule 7.1 Disclosure Statement– Case No. CV-10-5030 RS