UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>    Plaintiff,<br><br>  vs.<br><br>RADIANCY, INC.,<br>    Defendant.<br><br>RADIANCY, INC.,<br>    Counterclaim Plaintiff,<br><br>  vs.<br><br>TRIA BEAUTY, INC.,<br>    Counterclaim Defendant,<br><br>  and<br><br>KIMBERLY KARDASHIAN,<br>    Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF THE BRIEFING SCHEDULE REGARDING RADIANCY'S MOTION TO STRIKE THE SIMONSON DECLARATION** |

---

[~~PROPOSED~~] ORDER RE STIPULATED REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE – No. 10-CV-5030 RS (NJV)

1   Having considered the parties stipulation and good cause appearing therefor,

2   IT IS HEREBY ORDERED that the following briefing schedule shall be established:

3   - TRIA's Opposition to Radiancy's Motion to Strike the Simonson Declaration is
4     due Tuesday, June 5, 2012.

5   - Radiancy shall not have the right of reply on the motion.

6   IT IS SO ORDERED.

8   Dated: __6/1____, 2012           _____
                                      Hon. Richard Seeborg
9                                     United States District Judge

[PROPOSED] ORDER RE STIPULATED REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE – No. 10-CV-5030 RS (NJV)