```
SASHA G. RAO (SBN # 244303)
  sasha.rao@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

PETER M. BRODY (pro hac vice)
  peter.brody@ropesgray.com
MARIEL GOETZ (pro hac vice)
  mariel.goetz@ropesgray.com
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4612
Facsimile: (202) 383-7777
```

Attorneys for Plaintiff and Counter-defendant
TRIA BEAUTY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., Plaintiff,<br><br>vs.<br><br>RADIANCY INC., Defendant.<br><hr>RADIANCY, INC., Counter-claimant<br><br>vs.<br><br>TRIA BEAUTY, INC., Counter-defendant,<br><br>And<br><br>KIMBERLY KARDASHIAN, Counter-defendant. | Case No. 10-cv-05030-RS (NV)<br><br>**NOTICE TO WITHDRAW AS COUNSEL** |

Plaintiff and Counter-Defendant TRIA Beauty, Inc. files this Notice to Withdraw as Counsel and respectfully requests that Alexandra J. Roberts be permitted to withdraw as counsel of record for TRIA Beauty, Inc. in the above-captioned matter.

TRIA Beauty, Inc. consents to this request and said Plaintiff/Counter-Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said Plaintiff's counsel of record.

June 1, 2012                                   Respectfully submitted,

                                               _____
                                               Alexandra J. Roberts