UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:** 6/7/12                               Time in Court: 2 ½ hours

**Case No.:** C 10-05030 RS

**Case Title:** Tria Beauty, Inc. v. Radiancy, Inc.

**Appearances:**

    For Plaintiff: Peter Brody, Mariel Goetz, Michael Kump

    For Defendant: Brendan O'Rourke, Alexander Kaplan

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Belle Ball

## PROCEEDINGS

Motions Hearing Held.

## SUMMARY

MOTION/MATTER:  ( ) Granted

    ( ) Denied request for Preliminary Injunction.

    ( ) Granted in part/Denied in part

    **(X) Taken under submission**

    ( ) Withdrawn/Off Calendar

    ( ) Continued to:

Order to be prepared by:        ( ) Plaintiff    ( ) Defendant    **(X) Court**