IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,

        Plaintiff,

  v.

RADIANCY, INC.,

        Defendant.

No. C 10-05030 RS

**ORDER REFERRING MATTER TO MAGISTRATE JUDGE CORLEY FOR SETTLEMENT CONFERENCE**

This matter is referred to Magistrate Judge Corley for the purpose of completing a settlement conference prior to the commencement of trial depending upon the schedule of Magistrate Judge Corley. The parties shall promptly notify the Court whether the case is resolved at the conference.

IT IS SO ORDERED.

Dated: 6/8/12

                         RICHARD SEEBORG
                         UNITED STATES DISTRICT JUDGE