1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10   SAN FRANCISCO DIVISION
11

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>  Plaintiff,<br><br>  vs.<br><br>RADIANCY, INC.,<br>  Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF THE BRIEFING SCHEDULE REGARDING RADIANCY'S MOTION CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES** |
| RADIANCY, INC.,<br>  Counterclaim Plaintiff,<br><br>  vs.<br><br>TRIA BEAUTY, INC.,<br>  Counterclaim Defendant,<br><br>  and<br><br>KIMBERLY KARDASHIAN,<br>  Counterclaim Defendant. | |

[~~PROPOSED~~] ORDER RE STIPULATED REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE – No. 10-CV-5030 RS (NJV)

Having considered the parties' stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the following briefing schedule shall be established:

- TRIA's Opposition to Radiancy's Motion to Continue Trial Date and Pre-Trial Deadlines is due Tuesday, June 19, 2012.
- Radiancy shall not have the right of reply on the motion.

IT IS SO ORDERED.

Dated: __6/14____, 2012

_____
Hon. Richard Seeborg
United States District Judge