Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Facsimile: (212) 969-2900
* Admitted *Pro Hac Vice*

Robert H. Horn (SBN 134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Phone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys For Defendant and
Counterclaim Plaintiff Radiancy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>   Plaintiff,<br> vs.<br>RADIANCY, INC.,<br>   Defendant.<br><br>RADIANCY, INC.,<br>   Counterclaim Plaintiff,<br> vs.<br>TRIA BEAUTY, INC.,<br>   Counterclaim Defendant,<br>  and<br>KIMBERLY KARDASHIAN,<br>   Counterclaim Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**SUPPLEMENTAL DECLARATION OF BRENDAN J. O'ROURKE IN SUPPORT OF RADIANCY, INC.'S MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Honorable Judge Richard Seeborg |

I, Brendan J. O'Rourke, declare as follows:

1. I respectfully submit this supplemental declaration in support of Radiancy's Motion to Continue the Trial Date and Pre-Trial Deadlines. *See* Dks. 183, 184.

2. I am an attorney licensed to practice law in the State of New York and am admitted *pro hac vice* in the above-captioned matter. I am a member of Proskauer Rose, LLP, attorneys for Defendant-Counterclaimant Radiancy, Inc. ("Radiancy"). The facts set forth herein are of my own personal knowledge and, if called to testify under oath, I could and would testify competently thereto.

3. Under the current case schedule, on Friday, June 15, 2012, the parties were required to exchange exhibit lists. TRIA Beauty, Inc. ("TRIA") provided an exhibit list containing 966 exhibits at approximately 10:00 p.m. By contrast, Radiancy submitted an exhibit list with 287 exhibits. The fact that TRIA's list contained approximately one thousand (1,000) exhibits strongly suggests to me as lead counsel that TRIA is unprepared to move forward as currently scheduled. Clearly, there is no way one party will be able to (or would be permitted to) introduce anywhere close to one thousand (1,000) exhibits in the span of a seven-to-ten (7-10) day trial.

4. Under the current case schedule, Radiancy is required to provide objections to the exhibits on June 25. This illustrates that TRIA cannot in good faith meet the current schedule.

5. In an attempt to alleviate potential prejudice to Radiancy of having to review and create objections to nearly one thousand (1,000) exhibits, early on the morning of Saturday, June 16, 2012, I requested TRIA's counsel provide Radiancy with a revised exhibit list by Monday, June 18, 2012. Instead of providing this list as requested, on Monday, June 18, 2012, TRIA's counsel wrote that they expected to have a shortened list on Tuesday, June 19, 2012. For TRIA to cut its list close to the extent of Radiancy's list requires TRIA to remove about 70% of its exhibits.

6. It is an honor and privilege to be permitted to appear in this Court *pro hac vice*, and I am very grateful to have this privilege. Radiancy's counsel takes our professional obligations seriously, and makes this motion for a continuance of trial dates and pre-trial

2

SUPPLEMENTAL DECLARATION OF BRENDAN J. O'ROURKE IN SUPPORT OF RADIANCY'S MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES – NO. 10-CV-5030 RS (NJV)

deadlines because we must do so to avoid prejudicing our client. We apologize to the Court for needing a continuance and for submitting this supplemental declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2012 at New York, New York.

                                       /s/    Brendan J. O'Rourke
                                               Brendan J. O'Rourke