IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,

        Plaintiff,

  v.

RADIANCY INC.,

        Defendant.
_____/

**No. C 10-5030 RS**

**ORDER DENYING SEALING MOTIONS**

At the hearing held on June 7, 2012, the parties were advised that the pending sealing motions were overbroad, and that in the event they believed any subset of the materials previously claimed to be confidential still warranted sealing, they were to file further declarations establishing good cause. The parties have now advised the Court that they consent to the filing of all the material in question in the public record. Accordingly, the sealing motions (Dkt. Nos. 118, 128, 130, 136, 143, 148, 168, 174, and 183) are denied. The parties shall ensure that unredacted copies of all affected documents are efiled in due course. Additional chambers copies should *not* be submitted when those filings are made.

IT IS SO ORDERED.

Dated: 6/22/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1