UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:**  6/22/12     **Time in Court:** **20 min.**

**Case No.:** C 10-05030 RS

**Case Title:** Tria Beauty, Inc.  v. Radiancy, Inc.

**Appearances:**

    For Plaintiff(s): Peter Brody - Telephonic

    For Defendant(s): Alexander Kaplan - Telephonic

**Deputy Clerk:** Corinne Lew       **Court Reporter:** Not Reported

## PROCEEDINGS

In Chambers Conference Held Telephonically.