IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRIA BEAUTY, INC.,

        Plaintiff,

  v.

RADIANCY INC.,

        Defendant.

No. C 10-5030 RS

**ORDER CONTINUING TRIAL DATE**

The pretrial conference in this matter is hereby continued to August 10, 2012, at 10:00 a.m. Jury selection shall commence at 8:30 a.m. on Friday, August 24, 2012. Further trial proceedings shall begin on Monday, August 27, 2012, at 8:30 a.m.

While there presently is no cut-off for expert discovery in place, it appears the parties contemplate completing all expert depositions by July 4, 2012, and they should make efforts to maintain that schedule. In any event, all expert discovery should be completed by July 13, 2012. To the extent defendant Radiancy's motion for a continuance sought greater relief than is provided in this order, it is denied.

IT IS SO ORDERED.

Dated: 6/25/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1