[EXHIBIT A – Stipulation 1 of 2]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC., <br>    Plaintiff, <br> vs. <br> RADIANCY, INC., <br>    Defendant. | CASE NO. CV-10-5030 (RS) (NJV) <br><br> JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| RADIANCY, INC., <br>    Counterclaim Plaintiff, <br> vs. <br> TRIA BEAUTY, INC., <br>    Counterclaim Defendant, <br> and <br> KIMBERLY KARDASHIAN, <br>    Counterclaim Defendant. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE – NO. 10-CV-5030 RS (NJV)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff-Counterclaim Defendant TRIA BEAUTY, INC. ("Plaintiff" or "TRIA"), Defendant-Counterclaim Plaintiff RADIANCY, INC. ("Defendant" or "Radiancy"), and Counterclaim Defendant KIMBERLY KARDASHIAN (collectively, the "Parties"), hereby stipulate that this action and all claims and counterclaims asserted herein by the Parties are hereby dismissed *with prejudice*. Each party is to bear its own costs and attorney's fees. The Clerk shall close this file.

Respectfully submitted,

June 29, 2012

By: /s/ Brendan J. O'Rourke
Brendan J. O'Rourke*
borourke@proskauer.com
Alexander Kaplan*
akaplan@proskauer.com
Jennifer L. Jones*
jljones@proskauer.com
Victoria L. Loughery*
vloughery@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
rhorn@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

*Attorneys for Defendant-Counterclaim Plaintiff Radiancy, Inc.*

June 29, 2012

By: /s/ Peter Brody
Peter M. Brody*
peter.brody@ropesgray.com
Mariel Goetz*
mariel.goetz@ropesgray.com
Jacob Heller*
jacob.heller@ropesgray.com
ROPES & GRAY LLP
700 12th Street, NW, Suite 900

---

1

STIPULATION FOR DISMISSAL WITH PREJUDICE – NO. 10-CV-5030 RS (NJV)

|   |   |
|---|---|
| 1 | Washington, DC 20005-3948 |
|   | Telephone: (202) 508-4612 |
| 2 | Facsimile: (202) 383-7777 |
|   | *Admitted *Pro Hac Vice* |
| 3 |   |
|   | Sasha G. Rao (CSB # 2443033) |
| 4 | *sasha.rao@ropesgray.com* |
|   | ROPES & GRAY LLP |
| 5 | 1900 University Avenue, 6th Floor |
|   | East Palo Alto, CA 94303-2284 |
| 6 | Telephone: (650) 617-4000 |
|   | Facsimile: (650) 617-4090 |

Michael J. Kump (SBN 100983)
mkump@kwikalaw.com
Laura D. Castner (SBN 172362)
lcastner@kwikalaw.com
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 566-9800
Facsimile: (310) 566-9850

*Attorneys for Plaintiff-Counterclaim Defendant TRIA Beauty, Inc. and Counterclaim Defendant Kimberly Kardashian*

**IT IS SO ORDERED.**

Dated: _____, 2012     By:_____
**HONORABLE RICHARD SEEBORG**
JUDGE OF THE U.S. DISTRICT COURT