Case3:10-cv-05030-RS Document210 Filed07/02/12 Page1 of 3

**[EXHIBIT A – Stipulation 1 of 2]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRIA BEAUTY, INC.,<br>Plaintiff,<br><br>vs.<br><br>RADIANCY, INC.,<br>Defendant. | CASE NO. CV-10-5030 (RS) (NJV)<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| RADIANCY, INC.,<br>Counterclaim Plaintiff,<br><br>vs.<br><br>TRIA BEAUTY, INC.,<br>Counterclaim Defendant,<br><br>and<br><br>KIMBERLY KARDASHIAN,<br>Counterclaim Defendant. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE – NO. 10-CV-5030 RS (NJV)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff-Counterclaim Defendant TRIA BEAUTY, INC. ("Plaintiff" or "TRIA"), Defendant-Counterclaim Plaintiff RADIANCY, INC. ("Defendant" or "Radiancy"), and Counterclaim Defendant KIMBERLY KARDASHIAN (collectively, the "Parties"), hereby stipulate that this action and all claims and counterclaims asserted herein by the Parties are hereby dismissed *with prejudice*. Each party is to bear its own costs and attorney's fees. The Clerk shall close this file.

Respectfully submitted,

June 29, 2012

By: ______________________

Brendan J. O'Rourke*
*borourke@proskauer.com*
Alexander Kaplan*
*akaplan@proskauer.com*
Jennifer L. Jones*
*jljones@proskauer.com*
Victoria L. Loughery*
*vloughery@proskauer.com*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Admitted *Pro Hac Vice*

Robert H. Horn (SBN #134710)
*rhorn@proskauer.com*
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

*Attorneys for Defendant-Counterclaim Plaintiff Radiancy, Inc.*

June 29, 2012

By: ______________________

Peter M. Brody*
*peter.brody@ropesgray.com*
Mariel Goetz*
*mariel.goetz@ropesgray.com*
Jacob Heller*
jacob.heller@ropesgray.com
ROPES & GRAY LLP
700 12th Street, NW, Suite 900

Washington, DC 20005-3948
Telephone: (202) 508-4612
Facsimile: (202) 383-7777
*Admitted *Pro Hac Vice*

Sasha G. Rao (CSB # 2443033)
*sasha.rao@ropesgray.com*
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Michael J. Kump (SBN 100983)
mkump@kwikalaw.com
Laura D. Castner (SBN 172362)
lcastner@kwikalaw.com
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 566-9800
Facsimile: (310) 566-9850

*Attorneys for Plaintiff-Counterclaim Defendant TRIA Beauty, Inc. and Counterclaim Defendant Kimberly Kardashian*

**IT IS SO ORDERED.**

Dated: 7/2, 2012

By: ______________________
**HONORABLE RICHARD SEEBORG**
JUDGE OF THE U.S. DISTRICT COURT